UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR 80093

UNITED STATES OF AMERICA,
      Plaintiff,
v.

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

Jason Butler   Defendant.
_____/

COMES NOW __Jason S. Weiss__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), ~~and to pursue that appeal unless relieved by Court Order~~.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 6/13/25

Attorney: Jason S. Weiss
Address: 1555 Palm Beach Lakes Blvd. Suite 1400
City: West Palm Beach  State: FL  Zip Code: 33401
Telephone: (561) 659-8300
Florida Bar Number: 0096040

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_[signature]_