UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80093-ROSENBERG/REINHART

UNITED STATES OF AMERICA

v.

JASEN BUTLER

    Defendant.
_____/

**DEFENDANT BUTLER'S MOTION TO MODIFY PRE-TRIAL RELEASE**

    COMES NOW the Defendant, JASEN BUTLER, by and through his undersigned attorney, and moves this Honorable Court to enter an order modifying his pre-trial release as follows:

    1. Mr. Butler is charged by Indictment with the alleged offenses Wire Fraud (27 counts), Forgery (6 counts) and Money Laundering (2 counts).

    2. Mr. Butler was released on a $250,000/10% cash bond with Nebbia condition.

    3. Special condition (k) of his bond requires Mr. Butler to surrender all "dangerous weapons" in his possession. Mr. Butler is requesting that the condition be modified and limited to all "firearms" in his possession, as he also possesses a collection of ammunition, knives, swords, and bows and arrows at his residence (ECF 16). Attached to this Motion is a list of the items Mr. Butler seeks to keep at his residence (Exhibit A). Mr. Butler proposes to store these additional items in a designated safe room with a secure door and passcode.

    4. In addition, Mr. Butler has a pre-planned family trip to the Florida Keys from July 11 to August 12, 2025. Probation requires an order to allow him to be away from his primary residence for the requested period without an official address change. Mr. Butler is seeking such an order from the Court.

5. AUSA Sara Clingan does not oppose the Motion.

6. Probation Officer Mia Rahman has no objection to the Florida Keys trip and an order waiving change of address requirement. Officer Rahman does object to modifying special condition (k) to allow Mr. Butler to maintain a collection of ammunition, knives, swords, and bows and arrows in a secured safe room at his residence.

WHEREFORE, the Defendant, JASEN BUTLER, respectfully requests this Honorable Court to grant the foregoing Motion to Modify Pre-Trial Release.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to to Modify Pre-Trial Release was furnished to Assistant Chief U.S. Attorney Sara Clingan, Esq., (Sara.Clingan2@usdoj.gov) via the CM/ECF this 24th day of June, 2023.

**GOLDBERGER WEISS, P.A.**
1555 Palm Beach Lakes Boulevard
Suite 1400
West Palm Beach, Florida 33401
(561) 659-8300
Email: jason@goldbergerweiss.com
Attorney for the Defendant

/s/JASON S. WEISS_____
Florida Bar No. 0096040