**EXHIBIT A**

List of collected items:

(Please note that all collectible items are kept secure inside a specially designed 'safe-room' with reinforced door and keypad. Often there are children in the home so dangerous items are always secured.)

All firearms have been removed from the premises – Collectible firearms from WWII included in the list of removed items.

The list of items we are requesting to be allowed to remain locked inside the 'safe-room' include:

- Prehistoric Atlatl and extra darts
- Wild Boar hunting spear(s)
- Childs Red Ryder bb shooter/ pellet shooter.
- Ninja Stars
- Custom made, imported from Japan Katanas
- Custom, handmade hunting knives to include fillet knives, hunting cleaning knives, carry knives, etc.
- Camping tools to include: hatchet/ ax(s)
- Slingshot(s)
- Hunting bow(s)
- Free-dive spearguns/ Hawaiian sling

Please note that the only projectile-throwing devices are kids' toys or only operate under water.