UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CR-80093-ROSENBERG

**UNITED STATES OF AMERICA**

vs.

**JASEN BUTLER**

 **Defendant.**

_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY

 The United States of America, having filed an unopposed motion for a protective order regulating the disclosure of discovery and sensitive information contained therein to defense counsel in connection with the government's discovery obligations, and the Court finding good cause therefore:

 IT IS HEREBY ORDERED that the government is authorized to disclose sensitive information in its possession that the government believes necessary to comply with its discovery obligations.

 IT IS FURTHER ORDERED that all produced records, with the exception of the Defendant's own documents and communications, are considered "Confidential."

 IT IS FURTHER ORDERED that counsel of record for the Defendant in this proceeding shall hold the Confidential portion of the Discovery in strictest confidence. Therefore, defense counsel shall restrict access to this discovery, and shall disclose this discovery to their client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense

counsel believes is necessary to assist in the defense of their client in this matter and in a manner that will prohibit the disclosure of this discovery to other persons not involved in the defense;

IT IS FURTHER ORDERED that counsel of record for the Defendant shall advise any person to whom the Confidential portion of the Discovery is disclosed that such information shall be held in strict confidence, and that further disclosure or dissemination is prohibited.

IT IS FURTHER ORDERED that Counsel of record for the Defendant shall obtain a certification from each person to whom the Confidential portion of the Discovery is disclosed, in which the recipient, (a) acknowledges these restrictions as set forth in the Protective Order of the Court, (b) agrees that they will not disclose or disseminate the information—or use the information for any purpose other than to assist in the defense, and (c) agrees to destroy any Confidential information in their possession when their retention of it is no longer necessary to assist with the defense. Counsel shall keep a copy of each certification to identify the individuals who received the Confidential portion of the Discovery and the date on which such information was first disclosed.

IT IS FURTHER ORDERED that counsel of record agrees that, upon conclusion of the above captioned case, copies of the Confidential portion of the discovery disclosed to defense counsel pursuant to the terms of this order shall be destroyed.

IT IS FURTHER ORDERED THAT to the extent any material is produced by the United States to Defendant's counsel by mistake, the United States shall have the right to request the return of the material and shall do so in writing. Within three days of the receipt of such a request, Defendant, Defendant's counsel, members of the Defense Team, and any third parties to whom disclosure has been made shall return all such material if in hard copy, and in the case of electronic materials, shall certify in writing that all copies of the specified material have been deleted from

any location in which the material was stored, and any information derived therefrom also has been destroyed. However, if Defendant has a good-faith basis for believing he is entitled to the material and objects in writing within five days of receipt of such a request from the government, Defendant shall not be required to return such materials absent a court order.

  DONE AND ORDERED in chambers at West Palm Beach, Florida, this 2nd day of June 2025.

               *Robin L. Rosenberg*
               HON. ROBIN L. ROSENBERG
               UNITED STATES DISTRICT JUDGE

cc: Counsel of record