UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CR-80093-DMM

**UNITED STATES OF AMERICA**

v.

**JASEN BUTLER**
    **Defendant**.
_____/

## NOTICE OF APPEARANCE

Bruce A. Zimet of BRUCE A. ZIMET, P.A. enters his permanent appearance as co-counsel for Defendant, JASEN BUTLER, in the above-styled matter. The clerk of court is requested to send all further correspondence, papers, and court notices to the undersigned.

Dated: August 5, 2025

Respectfully Submitted,

**By: s/ Bruce A. Zimet, Esq.**
Florida Bar No. 0225053

**BRUCE A. ZIMET, P.A.**
1555 Palm Beach Lakes Blvd.
Suite 1400
West Palm Beach, FL 33401
Tel: (561) 508-7741
Tel: (954) 764-7081
Email: BAZ@BruceAZimetLaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: August 5, 2025

Respectfully Submitted,

**By: s/ Bruce A. Zimet, Esq.**
Florida Bar No. 0225053

**BRUCE A. ZIMET, P.A.**
1555 Palm Beach Lakes Blvd.
Suite 1400
West Palm Beach, FL 33401
Tel: (561) 508-7741
Tel: (954) 764-7081
Email: BAZ@BruceAZimetLaw.com