UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80093-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASEN BUTLER,

    Defendant(s)
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court pursuant to the Parties' Joint Motion to Continue Trial (**DE 28**).   Due to the representation of counsel and the need for more time to review the discovery, the motion is **GRANTED.**

**The timely acceptance deadline is extended, and the parties are being put on notice that Qualification for Acceptance of Responsibility will be jeopardized if an intention to enter a plea of guilty is not announced of record on or before OCTOBER 1, 2025.** *See United States Sentencing Commission Guidelines Manual, §3E1.1 application notes 1(h) and 6 ("[to] qualify under subsection (b)(2) the defendant must have notified authorities of his intention to enter a plea of guilty at a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently."); United States v. Estrada,* 648 F. Appx. 797, 802 (11th Cir. 2016) (unpublished); *United States v. Smith,* 422 F.3d 715, 724-27 (8th Cir. 2005).   Counsel shall notify Chambers and the Government **by 2:00 pm on October 1, 2025,** if Defendant will be changing his plea.

**Trial is rescheduled to begin on Monday, December 1, 2025, at 9:00 am before the undersigned in West Palm Beach.** The Calendar Call set for August 6, 2025, is cancelled. For the reasons stated, the Court finds that the interests of justice outweigh the demands of the Speedy Trial Act. Therefore, it is

**ORDERED AND ADJUDGED** that the time between July 22, 2025, and December 1, 2025, is hereby excluded from Speedy Trial Act calculations.

**DONE AND ORDERED** at West Palm Beach, Florida, this 5th day of August 2025.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record