UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-CR-80093-MIDDLEBROOKS/MCCABE

UNITED STATES OF AMERICA

v.

JASEN BUTLER

    Defendant.

_____/

**<u>DEFENDANT BUTLER'S UNOPPOSED MOTION TO TRAVEL</u>**

COMES NOW the Defendant, JASEN BUTLER, by and through his undersigned attorney, and moves this Honorable Court to enter an order permitting him to travel. In support, the Defendant states as follows:

1. Mr. Butler is charged by Indictment with the alleged offenses of Wire Fraud (27 counts), Forgery (6 counts) and Money Laundering (2 counts).

2. Mr. Butler was released on a $250,000/10% cash bond with Nebbia condition.

3. Standard Condition 2 of his bond restricts Mr. Butler's travel to the Southern District of Florida unless otherwise approved by the Court.

4. Mr. Butler is requesting permission to travel to Philadelphia, Pennsylvania for a charity event from August 29 – August 31, 2025.

5. AUSA Jonathan Pomeranz and Probation Officer Mia Rahman do not oppose the Motion.

WHEREFORE, the Defendant, JASEN BUTLER, respectfully requests this Honorable Court to grant the foregoing Unopposed Motion to Travel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Travel was furnished to Assistant U.S. Attorney Jonathan Pomeranz, Esq., (Jonathan.Pomeranz@usdoj.gov) via the CM/ECF this 14th day of August, 2025.

**GOLDBERGER WEISS, P.A.**
1555 Palm Beach Lakes Boulevard
Suite 1400
West Palm Beach, Florida 33401
(561) 659-8300
Email: jason@goldbergerweiss.com
Attorney for the Defendant

/s/JASON S. WEISS_____
Florida Bar No. 0096040