UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-80093-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASEN BUTLER,

    Defendant.
_____/

## ORDER ON MOTION TO TRAVEL

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion to Travel to Philadelphia, Pennsylvania for a charity event from August 29 through 31, 2025 (DE 35).  After reviewing the Defendant's motion, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Travel (**DE 35**) is hereby **GRANTED.**  The Defendant is authorized to travel to Philadelphia, Pennsylvania for a charity event from August 29 through 31, 2025.  Mr. Butler is directed to provide Pretrial Services/U.S. Probation with his travel itinerary, including flight information both departing and returning, prior to commencing his travel.  Upon his return, he shall report as directed to his Pretrial Services/U.S. Probation Officer. All other conditions of bond remain in effect.

**DONE AND ORDERED** at West Palm Beach, Florida this 15th day of August 2025.

                                                                     Donald M. Middlebrooks
                                                                     United States District Judge

cc:    Counsel of Record
        Pretrial Services/U.S. Probation