UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80093-CR MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JASEN BUTLER

    Defendant.
_____/

**UNOPPOSED MOTION TO AUTHORIZE ISSUANCE OF RULE 17C SUBPOENA**

    Jasen Butler ("Butler") through undersigned counsel files this Unopposed Motion to Authorize Issuance of Rule 17c, Fed.R.Cr.P. Subpoena. As grounds, Butler states the following:

1. Butler is currently set for trial commencing December 1, 2025.

2. Butler is charged with various offenses relating to government contracts involving the SEA Card Program and the purchasing of fuel for federal ships and vessels.

3. Butler is gathering evidence to use in support of his anticipated trial defense.

4. Included in the materials Butler seeks to obtain are training manuals, videos and guidelines for contracting officers that explain bid criteria that are required to be evaluated prior to awarding contracts to vendors on SEA Card.

5. The materials Butler seeks are within the control and custody of the Defense Logistics Agency Energy ("DLA-E").

6. In this application Butler seeks authorization from the Court to issue a subpoena to DLA-E for the production of the materials set forth in paragraph 4 _supra_.

7. Butler also requests Court authorization to require the production of the described materials no later than November 18, 2025 so that Butler can provide the returned materials to the Government prior to trial.

8. Undersigned counsel has communicated with Assistant United States Attorney Young, who informed counsel that the Government had no objection to Butler's motion.

Wherefore, Jasen Butler requests that this Motion to Authorize the Issuance of a Rule 17c Subpoena as set forth in this application be granted with the subpoena return no later than November 18, 2025.

Dated: November 6, 2025

| | |
|---|---|
| **GOLDBERGER WEISS, P.A.** | **BRUCE A. ZIMET, P.A.** |
| 1555 Palm Beach Lakes Boulevard | 1555 Palm Beach Lakes Boulevard |
| Suite 1400 | Suite 1400 |
| West Palm Beach, Florida 33401 | West Palm Beach, Florida 33401 |
| Tel: (561) 659-8300 | Tel: (561) 508-7741 |
| Fax: (561) 284-8938 | Fax: (954) 760-4421 |
| Email: jason@goldbergerweiss.com | Email: BAZ@BruceAZimetLaw.com |
| | |
| /s/JASON S. WEISS, ESQ. | /s/ BRUCE A. ZIMET, ESQ. |
| Florida Bar No. 0096040 | Florida Bar No. 0225053 |
| Attorney for the Defendant | Attorney for the Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2025, undersigned electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. Undersigned certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| **GOLDBERGER WEISS, P.A.** | **BRUCE A. ZIMET, P.A.** |
| 1555 Palm Beach Lakes Boulevard | 1555 Palm Beach Lakes Boulevard |
| Suite 1400 | Suite 1400 |
| West Palm Beach, Florida 33401 | West Palm Beach, Florida 33401 |
| Tel: (561) 659-8300 | Tel: (561) 508-7741 |
| Fax: (561) 284-8938 | Fax: (954) 760-4421 |
| Email: jason@goldbergerweiss.com | Email: BAZ@BruceAZimetLaw.com |
| | |
| /s/JASON S. WEISS, ESQ. | /s/ BRUCE A. ZIMET, ESQ. |
| Florida Bar No. 0096040 | Florida Bar No. 0225053 |
| Attorney for the Defendant | Attorney for the Defendant |