Exhibit 1
Expert Notice Letter from
Defense Counsel

**BAZ** BRUCE A. ZIMET
— ATTORNEY AT LAW —

1555 Palm Beach Lakes., Suite 1400
West Palm Beach FL 33401

633 South Federal Highway, 6th Floor
Ft. Lauderdale, FL 33301

Palm Beach: 561-508-7741
Broward: 954-764-7081
Fax: 954-760-4421
Email: BAZ@BruceAZimetLaw.com

November 3, 2025

**VIA EMAIL**

Jonathan Pomeranz, Esq.
Trial Attorney
U.S. Dept. of Justice – Antitrust Division
Washington Criminal Section
450 5th Street NW
Suite 11300
Washington, D.C. 20503
Jonathan.Pomeranz@usdoj.gov

Elizabeth Young, Esq.
Deputy Chief
U.S. Attorney's Office
99 NE 4th Street
Miami, FL 33132
Elizabeth.Young@usdoj.gov

Dear Mr. Pomeranz and Ms. Young:

**JASEN BUTLER SUMMARY OF EXPERT WITNESS CHRISTOPHER YUKINS**

Jasen Butler ("Butler"), pursuant to Rule 16(b)(1)(C) Fed.R.Cr.P. and Southern District of Florida Local Rule 88.10(o)(3)(A) submits the initial written summary of anticipated testimony from Butler expert witness Christopher Yukins. This summary is being presented without any expert witness disclosures made by the Government and without Professor Yukins being able to review any Government expert witness disclosures. Obviously, Professor Yukins has not been able to provide any opinions to rebut Government expert opinions. Butler reserves the opportunity to produce Professor Yukins expert opinions that rebut any Government expert witness opinion(s).

Christopher Yukins serves as the Lynn David Research Professor in Government Procurement Law at George Washington Law School in Washington, D.C. Professor Yukins' credentials are more fully presented below. Professor Yukins has reviewed the indictment and will provide opinions relating to issues arising from and relating to allegations in the indictment. Professor Yukins, in reaching his opinions, has relied upon the documents, regulations and authorities described below, as well as Professor Yukins' knowledge based on his experience and teaching relating to Government contracts.

Professor Yukins will provide testimony concerning Government contracts, including application of terms used in Government contracts. Professor Yukins will differentiate between different types of Government contracts, including the formation of Government contracts and the obligations and responsibilities of the parties to Government contracts once they are formed.

Professor Yukins has reviewed documentation that establishes that Butler worked to sell marine fuel to federal agencies through the United States Defense Logistics Agency – Energy (DLA-E) program known as the "SEA Card" program.  Butler's transactions made under the "SEA Card" program were within the provisions of Federal Acquisition Regulation ("FAR") Part 12. Accordingly, purchases were made on what is known as a fixed-price basis. Professor Yukins will provide opinions concerning the application and ramifications of fixed-priced agreements.

Pursuant to quotations submitted by Butler in accordance with Government guidance and in response to Government requests for quotations, the Government issued fixed-price (all-inclusive) orders to deliver fuel to U.S. agencies. The quotations for awards of these orders included special conditions regarding order cancellation and other ancillary charges. The Government had the right to review and reject those special conditions. There is no documentation that the Government exercised those rights relating to Butler's transactions.

The Government's liability for cancellations and ancillary charges was stipulated in the special conditions included in Butler's quotations for delivery of fuel. The Government did not reject the reservations of cancellation and related charges, despite the Government's own terms and conditions that gave the Government that right. The Government's guiding materials and the FAR provided the Government with the right to access the quotation's reasonableness before the contract award, as well as after the award to dispute charges under the Contract Disputes Act, to demand certified claims in support of disputed charges, to enter negative past performance reports, and/or to take measures regarding Butler's responsibility.

The Government guiding materials include a standard clause for commercial products, which included provisions addressing order of precedence (which parts of the document would take precedence over others) and termination for the Government's convenience. The standard clause gave precedence to solicitation provisions (such as cancellation provisions) over other paragraphs such as termination for convenience. The same provision of the FAR relates to the Government's right to terminate a contract, or any part of a contract, based upon its sole convenience. That clause permits a contractor to be paid a percentage of a contract price reflecting the percentage of contract work performed prior to notice of termination, plus reasonable contractor charges that can be demonstrated to the satisfaction of the Government. The Government is required by FAR to give formal notice of a termination of convenience to launch a structured negotiation process. No facts support the Government's providing the required termination for convenience notice.

The contract cancellation provisions which supported paying the agreed fixed price of cancellation take precedence over the termination for convenience provision that allowed for recovery of reasonable charges.

Any Government claim that any Government contract cancellation constitutes a "termination for convenience" would be misguided since such an interpretation would always launch protracted and prohibitive cost recovery procedures and principles. Further, such a Government claim runs



contradictory to the current and established Government position that Government contracts being cancelled should be adjudicated based upon contract cancellation provisions rather than the termination for convenience process and procedure. There is no basis for the Government to take contradictory positions concerning contract cancellations depending upon the party contracting with the Government.

## WITNESS QUALIFICATIONS

At GW Law School, he regularly teaches on the formation and administration of public procurement contracts. He is a co-author of a leading treatise in the field, *Formation of Government Contracts* (5th ed. 2023). At GW Law School and other institutions around the world, he teaches courses on anti-corruption and procurement. For approximately a decade he was the advisor to the U.S. State Department on the revamping of the United Nations Commission on International Trade Law (UNCITRAL) model law on public procurement, which is used by Governments and private parties around the world. He is currently the Academic Advisor to an update of the American Bar Association (ABA) Model Procurement Code (2000), which is relied upon by many state and local Governments across our nation.

He previously served as an attorney in the U.S. Department of Justice, where he litigated Government contracts matters before the U.S. Court of Federal Claims, the Boards of Contract Appeals, and the U.S. Court of Appeals for the Federal Circuit.

Besides serving as a full-time professor, he also currently serves as counsel to the international law firm of Arnold & Porter, on a part-time basis. He was previously an associate, counsel and partner at major law firms. According to the Chambers internationally recognized rankings of law firms and legal practices, Arnold & Porter's Government procurement law group is one of the leading groups in the United States. See, Enclosed Curriculum Vitae (CV).

## EXPERT WITNESS DEPOSITION OR TRIAL TESTIMONY

Professor Yukins has testified in deposition or trial in the following procedings during the past four years:

| 1. | JOSE C. RODRIGUEZ AS TRUSTEE OF THE BANKRUPTCY ESTATE OF STEVEN BRICE WIBRACHT AND ERIN MICHELLE WIBRACHT, AND UNITED STATES OF AMERICA, ex. rel. <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al., <br><br> Civil Action No. 2:21-cv-00125 (Honorable J. Rodney Gilstrap) (E.D. Tex.) |
|---|---|
| 2. | THE REPUBLIC OF KAZAKHSTAN <br><br> v. <br><br> AGIP KARACHAGANAK B.V. et al. <br><br> Case No. 2023-81 (London arbitration) |



| 3. | DZYNE TECHNOLOGIES, LLC, |
|---|---|
| | v. |
| | SPACEFLIGHT, INC., |
| | C.D. Cal., Western Div., Case No. 2:23-cv-10188-MEMF (ADSx) |

Respectfully submitted,

*Bruce A. Zimet*
Bruce A. Zimet, Esq.

*Jason S. Weiss*
Jason S. Weiss, Esq.

Enclosure (CV)



# CHRISTOPHER R. YUKINS

**The George Washington University Law School**
**2000 H Street, NW**
**Washington, DC  20052**
**Mobile +1 703 304 4773**
*cyukins@law.gwu.edu*

## EDUCATION

**University of Virginia, School of Law**

J.D. 1988, Order of the Coif.
Executive Editor, *Virginia Law Review*; Member, *Virginia Journal of International Law*.

**Harvard College**

A.B. 1984, *magna cum laude*, in United States History.
Undergraduate thesis:  *The "Other" War in Vietnam*, on U.S. counterinsurgency in the Vietnam War.

## PROFESSIONAL

**The George Washington University Law School, Washington, D.C.**
**Lynn David Research Professor in Government Procurement Law**

Professor in the United States' leading public procurement law program.  Teaches both law and masters of studies of law students on anti-corruption strategies, contract formations, bid protests, contract claims, information technology procurement, international and comparative public procurement law, and state and local procurement; writes regularly on procurement policy; comments and speaks on U.S. regulatory reform; participates with legal scholars internationally on emerging issues of procurement policy and anti-corruption in colloquia and online webinars chronicled at publicprocurementinternational.com.  Joined the faculty August 2002; program co-director, 2005-2021; named to research professorship (2013 - ). Researcher, Acquisition Innovation Research Center, Stevens Institute of Technology (2021- ). Visiting Professor, University of Paris - Nanterre (appointed as occasional lecturer, 2016 - ); Visiting Lecturer, University of Turin, Italy (2021 – ); Member, Systems Engineering Research Center (SERC) / Acquisition Innovation Research Center (AIRC) Research Council (Aug. 2024-Aug. 2027); Fellow, Acquisition Innovation Research Center (Stevens Institute of Technology, 2021 - ); occasional lecturer, King's College, London and Stockholm University; UN ILO Masters in Sustainable Procurement (Turin, Italy) (annual lecturer and masters thesis advisor); International Anti-Corruption Academy (Vienna, Austria) (course lecturer and masters thesis advisor).  Faculty Advisor, *Public Contract Law Journal.*  Member, Editorial Board, *European Procurement & Public-Private Partnership Law Review*.  Member, Editorial Review Board, *NCMA Contract Management* magazine (2024 - ). Advisor, U.S. Delegation, Working Group on Reform of United Nations Commission on International Trade Law (UNCITRAL) Model Procurement Law (Mar. 2004-2012). Taught annual week-long course on anti-corruption in procurement, International Anti-Corruption Academy (Austria) (2013-2018). Member, Scientific Committee, International Masters Degree in Public Procurement Management, University of Tor Vergata, Rome (2012- ). Member, Scientific Committee, *Polish Public Procurement Law Review* (2018- ).  Member, Board of Advisors, PubKLaw (2018- ). Member, Board of Advisors, *The Government Contractor* (Thomson Reuters/West, 2006-). Member, Council, American Bar Association - Public Contract Law Section (2008-2011).  Member, Procurement Roundtable (senior members of U.S. procurement community) (2011- ); repeatedly named to *International Who's Who of Public Procurement Lawyers* and *Who's Who Legal: Public Procurement*; name to *Who's Who Legal: Thought Leaders USA* (2023- ). Personal blog: publicprocurementinternational.com; ORCID ID 0009-0006-9663-3890 (scholarship network).

**Arnold & Porter, Washington, D.C.**
**Counsel, February 2007 - present**

Provides legal advice regarding complex government contracting matters and litigation; experience as arbitrator and expert in disputes involving public procurement law.

**Holland & Knight LLP, McLean, VA**
**1997-2007**

Senior member of government contracts group.  Senior counsel, February 1997-February 1998; partner, March 1998 - December 2000; equity partner, January 2001-September 2002; of counsel, September 2002 - February 2007.  Highest ("AV") rating by Martindale-Hubbell.

**Wiley, Rein & Fielding, Washington, D.C.**
**Associate, Government Contracts/Litigation, April 1994 - January 1997**

Handled a broad array of civil litigation and government contracts matters; wrote and lectured regularly on procurement policy and reform.

**U.S. Department of Justice, Civil Division**
**Commercial Litigation Branch, Washington, D.C., May 1991 - April 1994**

Represented the United States in contracts litigation; handled major claims against the United States, including large and complex construction and weapons systems claims; tried substantial monetary claims before the U.S. Court of Federal Claims and agency boards; argued federal contracts appeals before the U.S. Court of Appeals for the Federal Circuit.

**Arnold & Porter, New York, N.Y./Washington, D.C.**
**Associate, Government Contracts/Litigation, September 1989 - May 1991**

Handled a broad variety of civil matters, including contract claims, antitrust investigations, criminal investigations, and high-technology government contract bid protests.

**U.S. Court of Appeals for the Second Circuit, New York, N.Y.**
**Judicial Clerk to Hon. Lawrence W. Pierce, August 1988 - August 1989**

**<u>SELECTED PUBLICATIONS</u>**

Christopher Yukins, *Feature Comment: Bid Protests in the U.S. Procurement System: Part II— Percipient.ai, Debriefings and Agency-level Protests*, 67 Government Contractor ¶ 221 (Thomson Reuters, September 10, 2025), https://ssrn.com/abstract=5476606 or http://dx.doi.org/10.2139/ssrn.5476606

Christopher Yukins, *Feature Comment: Bid Protests in the U.S. Procurement System: Assessing Proposed Reforms* -- Part I, 67 Gov. Contractor ¶ 216 (Thomson Reuters, Aug. 27, 2025), https://ssrn.com/abstract=5417195 or http://dx.doi.org/10.2139/ssrn.5417195.

Christopher Yukins, *Procurement for Innovation: Lessons from the US Experience*, 2025 Eur. Pub. Proc. Pub. Priv. L. Rev. 42 (Lexxion, Berlin).

Daniel Schoeni & Christopher Yukins, "Lessons from the United States' Articles of Confederation," in *The Economics of Law and Public Procurement (New Global Scenarios),* Gustavo Piga, Annalisa Castelli & Tünde Tátrai, eds. (Routledge, Dec. 2024).

Christopher Yukins, Kristen E. Ittig & Nicole Williamson, *The Sentinel Stirs: Government Procurement Law After Loper Bright Enterprises*, Briefing Papers (2d Series), Vol. 24, No. 9 (Thomson Reuters, Aug. 2024), https://ssrn.com/abstract=4957964.

*Assessing* Percipient.ai *After* Loper Bright Enterprises – *Potentially a New Trajectory in Government Procurement Law* (August 21, 2024), 66 Gov. Contractor ¶ 221 (Thomson Reuters, Aug. 21, 2024), https://ssrn.com/abstract=4938611.

Laurence Folliot Lalliot & Christopher R. Yukins, "Will Protectionism Prevail in Global Public Procurement?," May 2024, Concurrences N° 2-2024, Art. N° 118413, www.concurrences.com.

Gabriella Racca & Christopher Yukins, "Emergency Procurement and Corruption," *in Routledge Handbook of Public Procurement Corruption* (Sope Williams & Jessica Tillipman, eds., 2024).

Marta Andhov & Christopher Yukins, *A Transatlantic Analysis of EU and U.S. Strategies In 'Green Procurement'*. 66 Government Contractor ¶ 60 (Thomson Reuters, Mar. 13, 2024), https://ssrn.com/abstract=4763773.

Robert B. Handfield, Andrea S. Patrucco, Zhaohui Wu, Christopher Yukins, Tanner Slaughter, "A new acquisition model for the next disaster: Overcoming disaster federalism issues through effective utilization of the Strategic National Stockpile," 84 Pub. Admin. Rev. 65 (Jan./Feb. 2024), https://doi.org/10.1111/puar.13656.

Caroline Nicholas & Christopher Yukins, "Sue Arrowsmith and the Reform of the UNCITRAL Model Law on Public Procurement: An Appreciation" (chapter in *Reforming Public Procurement Law*, liber amicorum in honor of Prof. Sue Arrowsmith, recently retired from the University of Nottingham, eds. Martin Trybus (U. Birmingham (UK)) & Annamaria Lachimia (U. Nottingham (UK)), Hart Publishing 2024).

Pascal Friton, Ramona Ader, & Christopher Yukins, EU Foreign Subsidies Regulation Update: Risks And Responsibilities For Foreign Firms In EU Public Procurement Markets (December 7, 2023). 65 Government Contractor ¶ 331 (Thomson Reuters, Dec. 6, 2023), GWU Legal Studies Research Paper No. 2023-65, GWU Law School Public Law Research Paper No. 2023-65, Available at SSRN: https://ssrn.com/abstract=https://ssrn.com/abstract=4657614.

Christopher Yukins & Daniel Schoeni, "US-European Defence Cooperation: Imperatives in a Time of War," 2023 Pub. Proc. L. Rev. 445, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4636521.

Christopher Yukins & Kristen Ittig, "Feature Comment: OMB Issues Final Build America, Buy America (BABA) Guidance Which May Trigger Compliance, Enforcement and Trade Issues—And Bid Protests," 65 Government Contractor ¶ 241 (Thomson Reuters, Sept. 13, 2023), GWU Legal Studies Research Paper No. 2023-53, GWU Law School Public Law Research Paper No. 2023-53, Available at SSRN: https://ssrn.com/abstract=4573303

Christopher Yukins & Caroline Nicholas, "The UNCITRAL Model Law on Public Procurement: Potential Next Steps"), chapter in the *Elgar Companion to UNCITRAL*, edited by Rishi Gulati, Thomas John and Ben Koehler (Edward Elgar Publishing Ltd., 2023), https://ssrn.com/abstract=4293959.

Luke Butler, Michael Bowsher & Christopher Yukins, "No Man Is An Island In Defense Procurement: Developments In EU Defense Procurement Regulation And Its Implications For The U.S.," 64 Government Contractor ¶ 332 (Nov. 22, 2022), https://ssrn.com/abstract=4293971.

Christopher Yukins & David Drabkin (co-principal investigators), Acquisition Innovation Research Center,

*DoD Bid Protests* (Oct. 2022), available at https://acqirc.org/publications/research/dod-bid-protests/.

David Drabkin & Christopher Yukins (co-principal investigators), Acquisition Innovation Research Center, *Congressionally Mandated Study on Contractor Debarments for Violations of U.S. Labor Laws* (cleared for publication Sept. 2022), available at https://apps.dtic.mil/sti/trecms/pdf/AD1192948.pdf.

"Common Principles of Public Contracts in the United States of America," Daniel E. Schoeni & Christopher R. Yukins, 1-2021 IUS PUBLICUM Network Review (Nov. 2021), http://www.ius-publicum.com/repository/uploads/02_11_2021_18_01-D.Schoeni_C.Yukins_IUSPUB_publication_note.pdf.

"Government Procurement in the Comprehensive and Progressive Trans-Pacific Partnership Agreement: A Global Beachhead for Market Access and Good Governance," by Robert Anderson, Phillippe Pelletier & Christopher Yukins, in *The Comprehensive and Progressive Trans-Pacific Partnership: Analysis and Commentary,* Jorge A. Huerta-Goldman & David A. Gantz, eds. (Cambridge University Press, Nov. 2021), *available at* https://www.cambridge.org/core/books/abs/comprehensive-and-progressive-transpacific-partnership/government-procurement-in-the-comprehensive-and-progressive-transpacific-partnership-agreement-a-global-beachhead-for-market-access-and-good-governance/25652637319D68835D579EF68E6A0891.

"US Debarment: An Introduction," by John Pachter, Christopher Yukins & Jessica Tillipman, in *The Cambridge Handbook of Compliance* 288 (Benjamin van Rooij & D. Daniel Sokol eds., 2021), https://scholarship.law.gwu.edu/faculty_publications/1711/.

"Rethinking Discretionary Bid Protests," *U. Penn. Regulatory Review*, May 27, 2021, https://www.theregreview.org/2021/05/27/yukins-bid-protests/.

"Stepping Stones to Reform: Making Agency-Level Bid Protests Effective for Agencies and Bidders by Building on Best Practices from Across the Federal Government," 50 Pub. Cont. L.J. 197 (2021) (largely a reprint of the report to the Administrative Conference of the United States, cited below), *available at* https://www.americanbar.org/groups/public_contract_law/publications/public_contract_law_jrnl/50-2/stepping-stones-reform-making-agencylevel-bid-protests-effective/.

Comments on the UK Government's "Green Paper" on Reform of the UK Public Procurement System (submitted March 10, 2021), available on www.publicprocurementinternational.com.

"Assessing the Trade Agenda for Government Procurement in the Biden Administration," 2020 Gov. Contr. Year in Rev. Conf. Briefs 77 (Feb. 2021), available at https://ssrn.com/abstract=3801042.

"GSA's Commercial Marketplaces Initiative: Opening Amazon and Other Private Marketplaces To Direct Purchases By Government Users" (lead author with Abraham Young, Kristen Ittig and Eric Valle), Briefing Papers (Thomson Reuters), No. 20-13 (December 2020), GWU Legal Studies Research Paper No. 2021-04,available at https://ssrn.com/abstract=3773096.

Guest Post: *The EU Gives Foreign Subsidies Its Best Shot": One Take on White Paper on Levelling the Playing Field as Regards Foreign Subsidies* (co-authored with Professors Andrea Biondi and Michael Bowsher QC, King's College London, Dr Luca Rubini University of the U. of Birmingham (UK) and PhD candidate Gabriele Carovano, King's College London), Int'l Econ. L & Policy Blog (October 2020).

"COVID-19:  Lessons Learned in Public Procurement. Time for a New Normal?," *Concurrences*, No. 3, Art. No. 95667, pp. 46-58 (Sept. 2020) (with lead author Professor Laurence Folliot Lalliot (U. Paris Nanterre), https://www.concurrences.com/en/review/issues/no-3-2020/articles/covid-19-lessons-learned-in-

public-procurement-time-for-a-new-normal-95667-en.

"Stepping Stones to Reform: Making Agency-Level Bid Protests Effective for Agencies and Bidders by Building on Best Practices from Across the Federal Government" (May 1, 2020 draft report prepared for the Administrative Conference of the United States (ACUS)), *available at* https://www.acus.gov/sites/default/files/documents/Agency%20Bid%20Protests%20Report.pdf; research and background at https://publicprocurementinternational.com/agency-level-bid-protests/.

"International Procurement Law:  Key Developments 2019 – Part I:  How the Trump Administration May Shape International Procurement Markets – Defense and Electronic Marketplaces," 2020 Gov't Contracts Year in Review Briefs 2-1 (Westlaw).

"A Response to Melissa Copeland's Call to Action: Addressing Organizational Conflicts of Interest in an Update to the MPC [Model Procurement Code]," 54 Procurement Lawyer 16 (ABA 2019).

"Administrative Conference of the United States Launches Study of Agency-Level Bid Protests," 61 Gov. Contr. ¶ 239 (Aug. 21, 2019), https://ssrn.com/abstract=3441437.

"Trump Executive Order Calls For More Aggressive Use Of The Buy American Act—An Order Likely To Have More Political Than Practical Effect," 61 Gov. Contr. ¶ 219 (July 31, 2019), https://ssrn.com/abstract=3432377.

"Suspension and Debarment in the U.S. Government: Comparative Lessons for the EU's Next Steps in Procurement,"19-2 UrT 47 (2019) (co-author with Michal Kania), https://ssrn.com/abstract=3422499.

"The U.S. Small Business Innovation Research (SBIR) Program:  A Comparative Assessment" (co-author with Crystal Santerre-Funderburg), chapter in *Joint Public Procurement and Innovation:  Lessons Across Borders* (Gabriella Racca & Christopher Yukins, eds., Bruylant 2019).

"International Procurement Developments in 2018: The United States in International Procurement -- Understanding a Pause in the Trump Administration's Protectionism," 2019 Gov't Contracts Year in Review Briefs 6 (Westlaw), https://ssrn.com/abstract=3439736

"The U.S.-Mexico-Canada Agreement (USMCA):  Some Surprising Outcomes in Procurement," 60 Gov. Contr. ¶ 308 (Oct. 10, 2018), http://ssrn.com/abstract=3268740.

"The World Bank's Procurement Framework: An Assessment of Aid Effectiveness" (co-author with Sope Williams-Elegbe, Stellenbosch University), in Public Procurement and Aid Effectiveness: A Roadmap Under Construction (Annamaria La Chimia & Peter Trepte eds., 2019), draft available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3237807.

"European Commission Proposes Expanding the European Defence Fund—A Major Potential Barrier to Transatlantic Defense Procurement," 60 Gov. Contr. ¶ 196 (June 27, 2018), *available at* https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3204844.

"Section 809 and 'E-Portal' Proposals, by Cutting Bid Protests in Federal Procurement, Could Breach International Agreements and Raise New Risks of Corruption" (co-author with Daniel Ramish), 60 Gov. Contr. ¶ 138 (2018), *available at* https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3176223.

"Tale of Three Regulatory Regimes -- Dynamic, Distracted and Dysfunctional: Sweden, the United Kingdom and the United States" (co-author with Professors Andrea Sundstrand (Stockholm U.) & Michael Bowsher (King's College, London)), 2017 Gov. Contr. Yr. Rev. Conf. Br. Int'l 2-1 (2018), *available at* https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3135805.

"International Trade Agreements and U. S. Procurement Law" (co-author with Allen B. Green) (book chapter, American Bar Association, 2018).

"The U.S. Federal Procurement System:  An Introduction," 2017 *Upphandlingsrättslig Tidskrift* 69 (*Procurement Law Journal*) (Stockholm), *available at* https://ssrn.com/abstract=3063559, republished in Spanish translation by the *Revista de Derecho Privado* (Colombia Dec. 2021), https://revistas.uexternado.edu.co/index.php/Deradm/article/view/7577/10583.

"The Trump Administration's Policy Options in International Procurement," 2016 West Gov. Contracts Year in Rev. Sess. 2-I (Feb. 2017), GWU Law School Public Law Research Paper No. 2017-8, GWU Legal Studies Research Paper No. 2017-8, *available at* https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2925953.

"A Comparative View of Debarment and Suspension of Contractors in Brazil and in the USA" (with Cristiana Fortini & Mariana Avelar), 66 Admin. & Constit. L. Rev. 61  (Brazil 2016), *available at* https://ssrn.com/abstract=3080396 or http://dx.doi.org/10.2139/ssrn.3080396.

"International Protection of Free Trade in Procurement Under NAFTA's Chapter 10 on Public Procurement: The Pathway from NAFTA to WTO Government Procurement Agreement to a Potential European-US Transatlantic Trade and Investment Partnership," in *Transnational Law of Public Contracts* 107 (Mathias Audit & Stephan W. Schill, eds., Bruylant (Brussels) 2016), https://ssrn.com/abstract=3443238.

"Brexit and Trump:  Finding a Way Forward for Transnational Procurement -- The Year That Changed Almost Everything," 11 Eur. Pub. Proc. Pub. Priv. L. Rev. 258 (2016) (with Michael Bowsher).

"Combating Corruption in Procurement:  Debarment Present and Future" (with Johannes Schnitzer), *in* UNOPS, *Future-Proofing Procurement* (2016)*, https://www.unops.org/SiteCollectionDocuments/ASR/2015-ASR-supplement.pdf.*

"Assessing Brexit's Potential Impact on Procurement," 58 Gov. Contr. ¶ 230 (June 29, 2016), *available at* http://ssrn.com/abstract=2802637.

"GPA Accession:  Lessons Learned on the Strengths and Weaknesses of the WTO Government Procurement Agreement," co-authored with Johannes S. Schnitzer (Vienna), 7 Trade Law & Development Journal 89 (India 2015), available at http://ssrn.com/abstract=2749889.

"Capacity Building in Public Procurement: Burma/Myanmar–A Case Study," co-authored with Ruairi Macdonald, 44 Pub. Cont. L.J. 749 (2015).

"A Jurisdictional Bar at the Court of Federal Claims If Another Claim, Grounded in the Same Facts, Is Pending Elsewhere -- 28 U.S.C. §1500," co-authored with Elizabeth T.M. Fitzpatrick (forthcoming, Bureau of National Affairs (BNA)).

"Mandatory Disclosure:  A Case Study in How Anti-Corruption Measures Can Affect Competition in Defense Markets," paper presented at the conference, "Ethical Dilemmas in the Global Defense Industry," Center for Ethics and the Rule of Law, University of Pennsylvania Law School, April 16, 2015 (forthcoming, in the published papers of the conference).

"Breaking the Impasse in the Transatlantic Trade and Investment Partnership (TTIP) Negotiations: Rethinking Priorities in Procurement," 56 Gov. Contr. ¶ 235 (July 23, 2014) (co-authored with Hans-Joachim Priess), *available at* http://ssrn.com/abstract=2471653.

"The European Procurement Directives and the Transatlantic Trade & Investment Partnership (T-TIP): Advancing U.S. – European Trade and Cooperation in Procurement," paper presented at Thomson-Reuters Government Contracts Year in Review conference (Feb. 18, 2014), *available at* http://ssrn.com/abstract=2433219.

Rethinking the World Bank's Sanctions System," 55 Gov. Contr. ¶ 355 (Nov. 2013), *available at* http://ssrn.com/abstract=2357691

UN Office of Drugs & Crime (UNODC), *Guidebook on Anti-Corruption in Public Procurement and the Management of Public Finances* (2013) (contributing editor), *available at* http://www.unodc.org/documents/corruption/Publications/2013/Guidebook_on_anti-corruption_in_public_procurement_and_the_management_of_public_finances.pdf.

*"Festschrift*: Don Wallace, Procurement and the Passage of Empires" (chapter in volume, 2013).

"Cross-Debarment: A Stakeholder Analysis," 45 Geo. Wash. Int'l L. Rev. 219 (2013), *available at* http://ssrn.com/abstract=2316252.

"Feature Comment: Considering the Effects of Public Procurement Regulations on Competitive Markets," 55 *Government Contractor* ¶ 64 (Mar. 6, 2013) (co-author, with Lt. Col. Jose Cora), *available at* http://ssrn.com/abstract=2230613.

"Coordinating Compliance and Procurement Rules in a Shrinking World: The Case for a Transatlantic Dialogue" (paper accompanying presentation at Thomson Reuters / West Government Contracts Year in Review Conference, Washington, D.C., Feb. 2013).

"Anti-Corruption Enforcement Controls in Government Procurement in Central and Eastern Europe Call for Redoubled Compliance Efforts," 6 BNA White Collar Crime Report (Aug. 12, 2011) (co-author, with Kathleen Harris, Samuel Witten & Johannes S. Schnitzer).

"Barriers to International Trade in Procurement after the Economic Crisis, Part II: Opening International Procurement Markets: Unfinished Business," (paper to accompany presentation at Thomson Reuters / West Government Contracts Year in Review Conference, Washington, D.C., Feb. 2011), http://ssrn.com/abstract=1772922

"Feature Comment: The Defense Authorization Act for FY2011 -- A Bounded Step Forward for Acquisition Reform" (with Kristen E. Ittig), 53 Gov. Contractor ¶ 8 (Jan. 12, 2011), http://ssrn.com/abstract=1739832

"A Versatile Prism: Assessing Procurement Law Through the Principal-Agent Model," 40 Pub. Cont. L.J. 63 (2010), http://ssrn.com/abstract=1776295

"Comparative Efforts in Fighting Corruption in Procurement: Corporate Compliance -- A Case Study in Convergence," paper delivered at the International Public Procurement Forum II, Beijing, China, October 15, 2010.

"International Procurement" (update on UNCITRAL model procurement law developments) (with various co-authors), 44 *Int'l Law.* 261 (ABA 2010).

"Feature Comment: The European Defense Procurement Directive: An American Perspective," 51 Government Contractor ¶ 383 (Nov. 4, 2009), *available at http://ssrn.com/abstract=1502858, reprinted in* 6 Int'l Gov't Contractor ¶ 86 (Nov. 2009).

"Electronic Reverse Auctions: U.S. Experience," and "Electronic Procurement: Lessons from the U.S. Experience" (with Regina Jennings), chapters in *Reform of the UNCITRAL Model Law on Procurement: Procurement Regulation for the 21st Century* (Sue Arrowsmith, ed.) (Thomson Reuters / West 2009).

"International Procurement" (update on UNCITRAL model procurement law developments, with Don Wallace Jr. and Jeffrey Marburg-Goodman), 43 *Int'l Law.* 571 (ABA 2009).

"Best Practices in the United States Regarding Government Procurement and Anti-Corruption" (co-author with Sandeep Verma), *in International Public Procurement: A Guide to Best Practice* (Globe Business Publishing, London, 2009), *available at* http://www.globebusinesspublishing.com/ipp/default.aspx.

"Tempering 'Buy American' in the Recovery Act - Steering Clear of a Trade War" (co-authored with Steven L. Schooner), Government Contractor, Vol. 51 (2009), *available at* http://ssrn.com/abstract=1358624

"Public Procurement: Focus on People, Value for Money and System Integrity, Not Protectionism" (paper co-authored with Steven L. Schooner), *in The Collapse of Global Trade, Murky Protectionism, and the Crisis: Recommendations for the G20,* at 87 (Richard Baldwin & Simon Evenett, eds) (VoxEu, Mar. 2009), *available at* http://www.voxeu.org*, and at* http://ssrn.com/abstract=1356170

"Key Emerging Issues in Transatlantic Procurement: The Importance of Communication and Cooperation" (paper to accompany panel presentation at ABA Public Contract Law Section - Federal Procurement Institute, Annapolis, Maryland, March 2009).

"Public Procurement in a World Economic Crisis: Charting the Way Forward" (paper to accompany presentation at Thomson West Government Contracts Year in Review Conference, Washington, D.C., Feb. 2009), *available at* http://ssrn.com/abstract=1356142

"New U.S. Contractor Compliance Rules: Challenges Ahead for U.S. and European Contractors," 5 *International Government Contractor* ¶ 72 (Sept. 2008).

"Addressing Conflicts of Interest in Procurement: First Steps on the World Stage, Following the UN Convention Against Corruption," paper presented at 3rd International Public Procurement Conference (Amsterdam, Aug. 28 2008), *available at* http://www.ippa.ws/IPPC3/Proceedings/Chaper%2061.pdf

"UNCITRAL Reform to Address Framework Contracting and Corruption Issues Under Model Procurement Law" (with Don Wallace Jr.), *in* Paul Lalonde, Christopher Yukins, Don Wallace Jr. & Jason Matechak, American Bar Association, Section of International Law, International Procurement Committee, "Year in Review 2007" (with Don Wallace Jr.), 42 *Int'l Law.* 479, 479 (ABA 2008), *available at* http://ssrn.com/abstract=1264047

"Feature Comment: U.S. Contractor Compliance Rules Are Likely To Expand," 50 *The Government Contractor* ¶ 147 (West/Thomson Apr. 23, 2008), *available at* http://ssrn.com/abstract=1125068 .

"Are IDIQs Inefficient? Sharing Lessons with European Framework Contracting," 37 *Pub. Cont. L.J.* 545 (2008).

"Promises to Keep: Bid Challenges and China's Accession to the WTO Government Procurement Agreement" (paper to accompany presentation at Thomson West Government Contracts Year in Review Conference, Washington, D.C., Feb. 2008).

"China's Accession to the WTO Agreement on Government Procurement: Issues for the U.S. Procurement Community," 5 *Int'l Gov. Contractor* ¶ 9 (West/Thomson Feb. 2008).

"Incrementalism:  Eroding the Impediments to a Global Public Procurement Market," 38 *Geo. J. Int'l L.* 529 (2007) (with Steven Schooner), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1002446.

"Integrating Integrity and Procurement:  The United Nations Convention Against Corruption and the UNCITRAL Model Procurement Law," 36 Pub. Cont. L.J. 307 (2007), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=995244.

"Feature Comment:  Enhancing Integrity—Aligning Proposed Contractor Compliance Requirements With Broader Advances In Corporate Compliance," 49 *The Government Contractor* ¶ 166 (West/Thomson Apr. 25, 2007), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=983504.

"Policy and Legal Frameworks for Open Procurement Markets" and "Year in Review: Emerging Policy and Practice Issues" (both with Steven Schooner) (papers to accompany presentation at Thomson West Government Contracts Year in Review Conference, Washington, D.C., Feb. 2007).

"Feature Comment:  Procurement Reform in the Defense Authorization Act for Fiscal Year 2007 – A Creature of Compromise, Pointing the Way to Future Debates," 48 *The Government Contractor* ¶ 367 (West/Thomson Oct. 18, 2006).

"Feature Comment:  The Gathering Winds of Reform – Congress Mandates Sweeping Transparency for Federal Grants and Contracts," 48 *The Government Contractor* ¶ 318 (West/Thomson Sept. 20, 2006).

"Electronic Reverse Auctions:  U.S. Experience," and "Electronic Procurement:  Lessons from the U.S. Experience," papers presented at "Public Procurement:  Global Revolution III," an international procurement law conference at the University of Nottingham, United Kingdom (co-sponsored by GWU Law School) (June 2006).

"A Case Study in Comparative Procurement Law:  Assessing UNCITRAL's Lessons for U.S. Procurement," 35 *Pub. Cont. L.J.* 457 (2006).

"Rethinking Procurement Integrity," *Contract Management*, June 2006, at 14 (National Contract Management Ass'n) (with Richard O. Duvall).

"International Procurement" (on 2005 developments), 40 *Int'l Law.* 337 (ABA, Summer 2006) (with Jason Matechak, Don Wallace, Jr. & Jeffrey Marburg-Goodman), *at* *http://papers.ssrn.com/sol3/papers.cfm?abstract_id=903423.*

"Emerging Policy and Practice Issues (2005)," with Steven L. Schooner, in *Thomson/West Government Contracts Year in Review* (conference papers), Chap. 9, *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=887355.

"Révision de la Loi Type sur les Marchés Publics de la CNUDCI," *Contrats Publics*, No. 51, Jan. 2006, at 36 (with Professor Laurence Folliot-Lalliot/University of Paris).

"Hurricane Katrina Brings Transparency to Task-Order Contracting," *Service Contractor*, Winter 2006, at 15 (Contract Services Ass'n).

"Feature Comment:  Katrina's Continuing Impact on Procurement - Emergency Procurement Powers in H.R. 3766" (commentary with Professor Joshua Schwartz), 47 *The Government Contractor* ¶ 397 (West/Thomson Sept. 21, 2005), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=811265.

"Feature Comment:  Hurricane Katrina's Tangled Impact on U.S. Procurement," 47 *The Government*

*Contractor* ¶ 387 (West/Thomson Sept. 7, 2005), *available at* http://ssrn.com/abstract=810764.

"Ethics and Compliance:  A Perfect Storm of Scandal," *Service Contractor* (Contract Services Ass'n Fall 2005).

"Feature Comment:  Understanding the Current Wave of Procurement Reform – Devolution of the Contracting Function," 47 *The Government Contractor* ¶ 255 (West/Thomson June 8, 2005), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=743046.

"Feature Comment:  A Pedagogical Perspective on Training the Acquisition Workforce," 47*The Government Contractor* ¶ 204 (West/Thomson May 4, 2005), *at* *http://papers.ssrn.com/sol3/papers.cfm?abstract_id=719685*.

"UNCITRAL Considers Electronic Reverse Auctions, as Comparative Public Procurement Comes of Age in the United States", 2005 *Public Procurement Law Review* No. 4, 183 (co-authored with Professor Don Wallace, Jr.), *draft available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=711847

"UNCITRAL Model Procurement Law: Reforming Electronic Procurement, Reverse Auctions, and Framework Agreements" (with Don Wallace, Jr. and Jason P. Matechak), PROCUREMENT LAWYER (American Bar Association,  Spring 2005), *draft available at* *http://papers.ssrn.com/sol3/papers.cfm?abstract_id=711401*.

"Year in Review: Emerging Policy and Practice Issues" (with Steven Schooner) (paper to accompany presentation on Feb. 3, 2005), *available at* *http://papers.ssrn.com/sol3/papers.cfm?abstract_id=663464*.

"Adding Up Efficiency's Cost," *Legal Times*, Nov. 1, 2004 (co-authored with Professor Steven Schooner)

"The Conduct of Electronic Reverse Auctions:  A Comparative Report on Experience in the U.S. Procurement System," *paper presented at* International Public Procurement Conference, Fort Lauderdale, FL (Oct. 21, 2004).

"Making  Federal Information Technology Accessible:  A Case Study in Social Policy and Procurement," *34 Public Contract L aw Journal* 667 (2004), *draft available at* *http://papers.ssrn.com/sol3/papers.cfm?abstract_id=531684*.

"UNCITRAL's Model Procurement Law:  Changes on the Horizon," 81 *Federal Contracts Report* no. 11 (Mar. 23, 2004) (co-author, with Professor Don Wallace, Jr.).

"Suspension and Debarment:  Re-examining the Process," 13 *Public Procurement Law Review* 255 (2004) (United Kingdom), *draft available at* *http://papers.ssrn.com/sol3/papers.cfm?abstract_id=509004*.

"Iraqi Construction Awards Should Not Be Immune from Review," 80 *Federal Contracts Report* no. 18, p. 512-516 (Nov. 18, 2003) (co-author, with Mohab Khattab).

"Ethics in Procurement:  New Challenges After a Decade of Reform," *The Procurement Lawyer,* Vol. 38, No. 3 (American Bar Association, Spring 2003).

"Procurement Reform:  A Measure of Success," *Legal Times*, Mar. 17, 2003, at 34 (co-authored with Professor Steven Schooner).

"Model Behaviour?  Anecdotal Evidence of Tension Between Evolving Commercial Public Procurement Practices and Trade Policy," 9 *International Trade Law and Regulation* 4  (2003) (with Professor Steven Schooner).

*General Services Administration Acquisition Regulation Case No. 2002-G505: Acquisition of Information Technology by State & Local Governments: Possible Pricing Impacts* (Feb. 4, 2003, comments on proposed rule).

"Emerging Legal Issues in DOD's Shift to E-Business," *The Government Contractor*, Vol. 43, No. 3 (Jan. 24, 2001) (co-author).

"Electronic Commerce:  OFPP's Strategic Plan Falls Short in Providing Needed Guidance*," Federal Computer Week* (Mar. 30, 1998).

"Feature Comment:  A Year of Progress:  The New Federal Court Bid Protest Jurisdiction" (with Laura Kennedy), *The Government Contractor* (Jan. 28, 1998).

"FACNET:  Has Congress Struck a Mortal Blow?," *Washington Technology* (Jan. 12, 1998).

"The Legal Corner" (occasional pieces), NCMA Tysons Corner Newsletter (1997-1999).

 "Analysis of Procurement Reform Measures in FY 1996 Defense Authorization Act" (co-author), *The Government Contracto*r (Feb. 14, 1996).

"Managing Electronic Commerce on the Federal Acquisition Computer Network (FACNET)," *National Contract Management Journal*, Vol. 27, Issue 1 (1996).

"Public Contract Law Resources on the Internet," 31 *The Procurement Lawye*r 12 (ABA, Fall 1995).

"Relaxed Rules Won't Fix FAA's Problems," *Washington Technolog*y (Apr. 11, 1996).

"Accessing GAO Decisions on the World Wide Web," 31 *The Procurement Lawyer* 9 (ABA, Summer 1996).

 "Feature Comment:  FACNET -- New Risks and New Potential," 38 *The Government Contractor* ¶ 511 (Oct. 30, 1996).

 Supreme Court Protects Government Contractors' First Amendment Rights," 32 *The Procurement Lawyer* 9 (ABA, Winter 1997).

"Bid Protests and Contract Disputes Under the FAA's New Procurement System" (co-author), 26 *Public Contract Law Journal* 135 (Winter 1997).

"Minimizing Risk in Federal Electronic Commerce," *Federal Acquisition Report* (Apr. 1997).

"The Risk of MAS Appeal:  Expansion of the Multiple Award Schedules" (co-author), *Legal Times* (June 23, 1997).

"Computers Need Fixing To Face Year 2000" (co-author), *Washington Business Journal* (July 18, 1997).

*Post-Award Bid Protests at the U.S. Court of Federal Claims* (monograph:  contributing author) (ABA 1997).

Note, *The Measure of a Nation:  Granting Excludable Aliens Fundamental Protections of Due Process*, 73 Va. L. Rev. 1501 (1987).

Comment, *Immigration: Rights of Excludable Aliens Held Indefinitely*, 26 Va. J. Int'l L. 101 (1986).

## SELECTED PRESENTATIONS AND PROJECTS (detailed at publicprocurementinternational.com)

University of Nottingham – Global Revolution in Government Procurement (bi-annual conference) – participated in four panels as co-chair or panelist: (1) "Digitalisation and the Cross-Border Exchange of Contractor Qualification Information" (with Professors Jean-Bernard Auby (Sciences Po – emeritus), Gabriella Racca (U. Turin), Stephane de la Rosa (U. Paris-Est Creteil), Laurence Folliot Lalliot (U. Paris – Nanterre) and Andrea Sundstrand (U. Stockholm), and Isabel Rosa (Portuguese Public Procurement Regulator)); (2) "Trade Perspectives" (on EU Foreign Subsidies Regulation and International Procurement Instrument) (with Professors Laurence Folliot Lalliot (U. Paris), Peter Trepte (U. Nottingha) and Leigh Hancher (U. Tilburg)); "Dispute Resolution" (with Caroline Nicholas, Cesar Periera (Justen Pereira, Brazil) and Aleksander Godhe (King's College, London)); and (4) "Deference to Contracting Authority Decisions in Procurement Disputes (with Professors Tunde Tatrai (Corvinus University, Budapest), Geo Quinot (Stellenbosch University) and Francois Lichere (U. Jean Moulin Lyon)) (June 17-18, 2024).

"Keynote Address: U.S. and European Developments in Exclusion and Debarment" (with David Drabkin), Upphandlings-Konferensen (Public Procurement Conference) (Stockholm, April 26, 2024).

Procurement training for Bahraini public officials through the International Anti-Corruption Academy (Dec. 2023), https://publicprocurementinternational.com/bahrain-anti-corruption-in-procurement-training/.

Procurement training for Moldovan procurement officials through the U.S. Department of Commerce's Commercial Law Development Program (New York City Dec. 2023), https://publicprocurementinternational.com/training-for-moldovan-procurement-officials-new-york-city/.

*Assessing Contractor Labor Law Violations – Responsibility and Debarment* – two-part webinar series held through the Defense Acquisition University (DAU), on congressionally mandated report prepared through the Acquisition Innovation Research Center (AIRC), Stevens Institute of Technology for the U.S. Department of Defense (co-principal investigator with David Drabkin) (Sept. & Dec. 2023). Report available at https://apps.dtic.mil/sti/trecms/pdf/AD1192948.pdf.

*Colloquium on Public Procurement & Innovation in Africa*, 13 November 2023 (Pretoria), invited speaker on the tools and mechanisms for using public procurement in support of innovation.

GW Law Webinar: *Procurement and Anti-Corruption Efforts: An Update from Brazil*, organizer and moderator (Nov. 2023), https://publicprocurementinternational.com/procurement-and-president-lula/.

"The *American University Law Review* Volume 72 Federal Circuit Symposium - Government Contracts" (joint presentation with Alex and Jonathan Brittin) (Nov. 4, 2022).

"State Bid Protests" - developed free online seminar as the *Summer Series* for GW Law's Government Procurement Law Program, with presentations by leading state-level lawyers and judges from across the United States, and registrants from around the world (July 2022); available at https://publicprocurementinternational.com/2022/06/21/gw-law-summer-series-state-bid-protests/.

"Assessing Cross-Debarment" - presentation to European Procurement Coordination Office (EPCO) (coordinating joint procurement activities for European central banks), with Prof. Michal Kania (U. Silesia) (Dec. 3, 2021).

Developed free online course on *Fraud and Corruption Prevention in Public Procurement*, a "massive open online course" (MOOC), for the International Anti-Corruption Academy (IACA) (Vienna, Austria) and UNOPS (released Nov. 2021), available at https://iaca-online-training.thinkific.com/courses/unops.

"Lessons from the Pandemic:  Assumptions Undone," presentation to International Conference on Governance and Corruption (online), Singapore University of Social Sciences (SUSS) (Oct. 20, 2021).

"U.S. Experience:  Procurement of pharmaceutical products (including vaccines) and medical devices – COVID and post-COVID challenges," Association Internationale des Jeunes Avocats (International Association of Young Lawyers), webinar panelist (June 1, 2021).

Presentation on comparative assessment of bid challenge and contract award methods across eight Caribbean nations (online, through U.S. Trade & Development Agency) (Mar. 23, 2021).

"Lessons from the Pandemic," online presentation to NCMA 59th Annual National Seminar on Government Contracts (U. Minnesota, Sept. 10, 2020).

"Procurement in the Pandemic" – launched and ran a series of GW Law worldwide webinars on procurement issues that emerged from the COVID-19 pandemic (recording are posted at www.publicprocurementinternational.com): Recovering from the Pandemic: European Initiatives, U.S. Perspectives – 14 May 2020; COVID-19: Contractors' Road to Recovery – May 6, 2020 (joint program with the National Bar Association); Government Contracting – Emerging Issues (joint program with National Bar Association) – April 23, 2020 (joint program with National Bar Association); Protectionism in the Pandemic – April 21, 2020; Fighting Fraud in COVID-19 Sourcing – April 9, 2020; Straight Talk: Emergency Procurement in the Pandemic – April 2, 2020; Public Contracts and the Coronavirus – March 24, 2020; Lessons from the Pandemic:  Public Procurement – October 30, 2020 (joint sessions with King's College, London).  Registrants joined from over 30 countries, across six continents.

"International Procurement – U.S. Comparative Assessment," online classes taught through Stockholm University (March & May 2020).

"International Procurement Developments," online classes taught through King's College, London (March & April 2020).

"Best International Practices in Procurement" – exchanges with Bolivian public officials and private sector with U.S. Department of State (La Paz, Bolivia, March 3-5, 2020).

"Grounds for exclusion – application and practice in the United States," presentation to the Polish Public Procurement Law Association (University of Warsaw, Oct. 1, 2019).

"Ensuring Integrity in Public Procurement," presentation to International Anti-Corruption Academy (IACA) Regional Summer Academy (Seoul, Sept. 5, 2019).

"Government Contracts Best Practices," U.S. Department of Commerce, Commercial Law Development Program (Male, Maldives, Aug. 4-5, 2019).

"Sustainable Procurement in U.S. Procurement," panel presentation at the *U.S.-E.U. Environmental Law Colloquium,* sponsored by the University of Rome – Sapienza (Center for American Studies, Rome, May 30, 2019).

"Electronic Marketplaces:  Addressing the Quality Conundrum," presentation to 4th European Conference on e-Public Procurement (Barajas, Madrid, May 13, 2019).

Online class briefing on U.S. public procurement, with Professor Andrea Sundstrand, Stockholm University (May 8, 2019).

"Sustainable Public Procurement:   International Perspectives, Including Under the UNCITRAL Model Law and the WTO Government Procurement Agreement," presentation at Transatlantic Roundtable on Sustainable Public Procurement" (Pace University, New York, April 5, 2019).

"Workshop on Transparent and Efficient Public Procurement," with Moldovan and Ukrainian procurement officials, sponsored by U.S. Department of Commerce, Commercial Law Development Program (CLDP) (Chisinau, Moldova, Dec. 6-7, 2018).

"Public Procurement and International Trade Agreements," Rapporteur, Fourth Interdisciplinary Symposium on Procurement (Sorbonne, Paris, Oct. 26, 2018).

"Public Procurement Excellence":  Training to European centralized purchasing agency officials, Austrian Federal Procurement Agency (Bundesbeschaffung GmbH (BBG)), Vienna, Austria (Sept. 28 & Oct. 13, 2018).

"International Procurement," keynote presentation at NCMA - Twin Cities, 57th Annual National Seminar on Government Contracts, U. Minnesota (Minneapolis, September 12, 2018).

Dominican Republic -- training for public procurement officials sponsored by U.S. Trade and Development Agency (USTDA) (Santo Domingo, Aug. 7-8, 2018).

"Public Contracting and Innovation:  Lessons Across Borders" (panel discussion with Prof. Gabriella Racca (U. Turin), Prof Jean-Bernard Auby (Sciences Po), Gian Luigi Albano (Consip S.p.A.), and Ivo Locatelli (European Commission) (University of Turin, School of Management and Economy, May 15, 2018).

"Sustainable Procurement in the Trump Administration," lecture at the University of Tuscia, Viterbo, Italy (May 11, 2018).

"Public Procurement:  A Human Rights Perspective," colloquium at George Washington University Law School, reviewer of student paper presentations (Washington, Mar. 19, 2018).

"How Courts and Tribunals Approach Their Roles in the International Procurement System," colloquium on bid protest practices in the United States and the EU, King's College, London (Mar. 5, 2018).

"Public Procurement Law Under the Trump Administration:  (Only) Buy American?," lecture at Ludwig-Maximilians-Universität (LMU) (Munich, July 7, 2017).

UN Commission on International Trade Law, 50th Anniversary, Panel Presentation on Updates to UNCITRAL Model Procurement Law (Vienna, July 6, 2017).

"U.S. Procurement Market – Trump Administration's 'Buy American' Policies," panel presentation at symposium hosted by Federation of German Industries/Blomstein/ (Berlin, July 5, 2017).

"Buying National: Is Protectionism Patriotic?," panel presentation at Global Procurement Conference sponsored by University of Rome – Tor Vergata (Centro Studi Americani, Rome, July 4, 2017).

"The Trump Administration's Protectionist Policies," lecture at University of Rome – La Sapienza (July 3, 2017).

"Public Procurement, Development, Social Sustainability and Human Rights," panel member at symposium sponsored by the British Academy (University of Nottingham, England, June 14, 2017).

"Key Issues in Comparative Public Procurement Law" (panel chair) and "Trade Issues in Procurement" (panel presentation), Global Revolution in Public Procurement VIII Conference (University of Nottingham, England, June 12-13, 2017).

Board of Contract Appeals Bar Association (BCABA) - GWU Law School Colloquium, "Federal Procurement Under the Trump Administration" (panel moderator) (Washington, D.C. June 6, 2017).

Presentation at OECD/European Commission Conference on *Strategic Public Procurement* (Paris, June 1, 2017).

Teaching on anti-corruption and procurement, United Nations ILO International Training Centre (Turin, May 25-26, 2017).

Presentation on U.S. Cooperative Purchasing, academic consortium in public procurement law meeting (Turin, May 24, 2017).

Presentation on U.S. procurement law at *Symposium: Procurement Law on Three Continents* (Stellenbosch University, South Africa, Apr. 25, 2017).

Presentations at the 10th anniversary conference of the Dirección Nacional de Contrataciones Públicas (public procurement agency) (Santo Domingo, Aug. 9, 2016) (with U.S. Dept. of Commerce/CLDP).

Teaching summer class on international developments in procurement at the University of International Relations (Beijing, July 11-14, 2016).

World Trade Organization (WTO) regional procurement training workshop for Caribbean nations (Barbados, May 31-June 1, 2016).

Board of Contract Appeals Bar Association conference, George Washington University Law School, conference co-coordinator (Washington, D.C., June 8, 2016).

Panel presentation on framework agreements and trade issues, consortium of procurement professors coordinated by Prof. Jean-Bernard Auby, Sciences Po (Turin, Italy, May 27, 2016).

Public guest lecture on U.S. procurement and trade issues, Babes-Bolyai University (Cluj-Napoca, Romania, May 25, 2016).

Teaching course sessions on anti-corruption in procurement, United Nations ILO-ITC Masters Course in Public Procurement Management for Sustainable Development (Turin, Italy, May 23-24, 2016).

Training on development of a code of ethics for public procurement, sponsored by the Botswana Public Procurement & Asset Disposal Bd. and the U.S. Trade & Develop. Agency (Gaborone, May 19-20, 2016).

Guest lecture on U.S. procurement law at Stellenbosch University (with Professor Geo Quinot) (Stellenbosch, South Africa, May 18, 2016).

"Corruption in Public Procurement: Improving Governments' Ability to Manage the Risks of Corruption," keynote address to International Conference on Risk Management, University of Turin (May 5, 2016).

"Contracting with Public Entities," panel presentation at the Association of Corporate Counsel mid-year meeting (New York, NY, Apr. 12, 2016).

15

"Federal Circuit Practice Around 2020:  A Look Ahead," panel presentation with the Federal Circuit Bar Association (Washington, D.C., March 22, 2016).

"Tools for Maintaining a Sustainable Supply Chain," panel moderator, George Washington University GreenGov Conference, GWU Law School (Washington, D.C., Feb. 23, 2016).

"Understanding Bid Challenges in the European Union," moderator for presentation by Professor Andrea Sundstrand, Stockholm University (Washington, D.C., Feb. 22, 2016).

"Sustainable Public Procurement:  An International Perspective," GWU Law School colloquium, moderator with Ardalan Shekarabi, Minister for Public Administration, Government of Sweden (Washington, D.C. Feb. 10, 2016).

"Accession to the WTO Government Procurement Agreement (GPA)," presentation to Philippines government delegation, offices of the U.S. Trade & Dev. Agency (USTDA) (Arlington, VA, Feb. 8, 2016).

"This Year's Defense Authorization Legislation:  What You Need to Know," GWU Law School colloquium, panel moderator (Washington, D.C., Dec. 17, 2015).

"Fraud Under World Bank Sanctions," panelist at The Third Suspension & Debarment Colloquium, World Bank (Washington, D.C. Dec. 16, 2015).

"U.S. Procurement:  An Introduction," lectures at Paris Ouest University (Nanterre, Dec. 9-10, 2015).

"UNOPS Anti-Corruption Training in Procurement," co-developer and co-presenter of training (Copenhagen, Nov. 21-23, 2015).

"Public Procurement Internationally," guest lecture at University LUISS "G. Carli" (Rome, Nov. 20, 2015).

"GWU Law Colloquium:  Anti-Corruption Efforts in Brazil," panel moderator with senior Brazilian practitioners (Nov. 5, 2015).

"Towards Convergence in Transatlantic Procurement Markets," co-coordinating chair of conference at King's College, London (Oct. 26, 2015).

"European Debarment:  For Punishment or Procurement," moderator of GWU Law colloquium with Sarah Schoenmaekers, University of Maastricht (Washington, D.C., Oct. 20, 2015).

"PubKlaw Annual Government Contracts Review:  Panel on Fraud, Investigation, Suspension and Debarment in Government Contracting" (recorded) (Washington, D.C. , Oct. 15, 2015).

"Procurement Anti-Corruption Training," International Anti-Corruption Academy (co-professor with Max Kaiser Aranda) (Laxenbourg, Austria, Sept. 7-11, 2015).

"Suspension and Debarment:  International Developments" (panel chair), and "World Bank's Emphasis on Country Context" (panel presentation), Global Revolution in Public Procurement VII Conference (University of Nottingham, England, June 14-15, 2015).

Guest professor in half-day program on corruption in procurement, Program in Sustainable Development, Int'l Training Centre (ITC) - Int'l Labor Organisation (ILO) (Turin, Italy, June 12, 2015).

"Germany's 'No Spy' Contracting: What It Means for Public Procurement Law," 16th Düsseldorfer Vergaberechtstag ["Procurement Law Day"] (Dusseldorf, Germany, 11 June 2015).

"Integrity and Efficiency in Sustainable Public Contracts (panel presentation of book co-edited with Professor Gabriella Racca, University of Turin), at Scuola Nazionale dell'Administration (SNA), Rome (Dec. 17, 2014).

"Lots --The Economic and Legal Challenges of Centralized Procurement," panel presenter and reporter, and member of program scientific committee, Second Interdisciplinary Symposium on Public Procurement (Corvinus University, Budapest, Hungary, Sept. 22-23, 2014).

"Should Brazil Join the World Trade Organization (WTO) Government Procurement Agreement (GPA)?" presentation at the Brazilian Institute of Applied Law (Brasilia, Aug. 7, 2014).

Panel presenter, "High-Level Seminar on International Best Practices for Developing a Law on Government Procurement in Burma" (Naypyitaw, Myanmar, July 28-29, 2014).

Panel presenter at academic colloquium on international public procurement developments, Ludwig-Maximilians-Universität (LMU) (program chaired by Professor Martin Burgi) (Munich, July 2-3, 2014).

Co-presenter on UNCITRAL model procurement law, Regional Public Procurement Conference, sponsored by Interamerican Development Bank (Port of Spain, Trinidad, June 23, 2014).

Guest professor in daylong program on issues in international procurement, Program in Sustainable Development, Int'l Training Centre (ITC) - Int'l Labor Organisation (ILO) (Turin, Italy, June 11, 2014).

"Foreign Government Contracting," panel presenter (by telephone), colloquium sponsored by Board of Contract Appeals Bar Ass'n (BCABA) and George Washington University Law School (June 10, 2014).

Guest professor, undergraduate course in comparative public procurement law, Central University of Finance & Economics, Beijing (May 23-29, 2014).

Presentation to senior faculty and Ministry of Finance procurement policy personnel, Central University of Finance & Economics (CUFE), Beijing (May 25, 2014).

"Suspension and Debarment Colloquium," panel member, Global Forum on Law, Justice and Development, The World Bank, Washington, D.C. (May 15, 2014).

"The New WTO Government Procurement Agreement -- Its Impact on World Procurement Markets," co-moderator at colloquium sponsored by George Washington University Law School (May 13, 2014).

Panel presenter on international developments in suspension and debarment, Ludwig-Maximilians-Universität (LMU) (program chaired by Professor Martin Burgi) (Munich, Apr. 30, 2014).

"Common Challenges in Public Procurement:  Experiences from Different Regions of the World," panel presentation, ESAF - Escola de Administracao Fazendaria, Brasilia, Brazil (Mar. 26, 2014).

"The New Federal Grants Guidance:  A Historic Shift," co-moderator at colloquium sponsored by George Washington University Law School (Feb. 27, 2014).

Training sessions on emerging issues in international procurement and anti-corruption, University of Turin (Dec. 11-12, 2013).

"The New EU Procurement Directives – A Transatlantic Dialogue," webinar sponsored by Arnold & Porter LLP (London, Dec. 9, 2013).

Introduction to U.S. Procurement" and "International Procurement Issues," presentations to delegations from China's Ministry of Finance and customs services (Washington, D.C., Dec. 5-6, 2013).

"Multi-Lateral Development Banks, Administrative Law, and Sanctions," co-panelist at conference on OECD Anti-Bribery Convention/UN Convention Against Corruption (GWU Law School, Dec. 4, 2013).

"Corruption in Public Procurement – Emerging Issues, and Effective Training," presentation to 5th Conference of States Parties to the UN Convention Against Corruption (Panama City, Panama, Nov. 27, 2013).

"International Contracting: Buying and Selling in the Global Marketplace," presentation to NCMA-Boston chapter (Waltham, MA, Nov. 14, 2013).

"International Procurement – Emerging Issues," presentation to National Defense Industrial Association (Arlington, VA, Nov. 4, 2013).

"UK Bid Protests," panelist on webinar co-sponsored  by DLA Piper/ABA Section of International Law (Washington, D.C., Nov. 1, 2013).

"Webinar – The New EU Directives," panelist with session sponsored by Freshfields (Washington, D.C., Oct. 30, 2013).

"International Contracting," co-instructor for two-day seminar sponsored by Federal Publications – Thomson Reuters (Arlington VA, Oct. 24-25, 2013)

"Automatic Cross-Debarment:  A Comparative Discussion," co-moderator for colloquium hosted by the George Washington University Law School (Washington, D.C., Oct. 22, 2013).

Instructor, Training Seminar:  "Procurement Anti-Corruption Training," International Anti-Corruption Academy (IACA), Laxenburg, Austria.  Week of classroom training for students from around the world in September 2013; interviews videotaped with leading experts in field, as part of online teaching component. Program coordinated by UNODC, with funding from the Siemens Integrity Initiative.

 "International Public Procurement – Collaborating Across Borders," National Contract Management Association World Congress (panel member, plenary session) (Nashville, TN, July 22, 2013).

"Public Procurement – Global Revolution VI," panel presenter on UNCITRAL model procurement law and framework contracting (University of Nottingham, June 24-25, 2013).

"Workshop on International Best Practices in Public Procurement," training to senior members of Kyrgyzstan procurement community (government and civil society), sponsored by U.S. Department of Commerce, Commercial Law Development Program (CLDP) (Bishkek, Kyrgyzstan, June 11-12, 2013).

"European Bank for Reconstruction & Development (EBRD)/UNCITRAL Workshop in Mongolia," workshop with senior Mongolian public procurement officials and private sector representatives (Ulaanbaatar, Mongolia, June 5-7, 2013).

"Practicum – Basics in Government Contracts Law," American Bar Association 8th Annual State and Local Procurement Symposium (Nashville, TN, May 2, 2013).

"Sustainable Energy and National Defense," panel as part of conference on "Laying the Foundation for a Sustainable Energy Future," panel presenter (GWU Law School, Washington, DC, April 10, 2013).

"Capacity Building Session at the European Bank for Reconstruction and Development (EBRD): Public Procurement Policy Advice and Support for Ukraine, Georgia and Moldova Regarding Potential Accession to the WTO Government Procurement Agreement," panel presenter (London, England, Mar. 25-27, 2013).

"Innovating by Making the Right Moves When Protesting" (panel chair), Acquisition Excellence 2013 Conference (Washington, DC, Mar. 21, 2013).

"Understanding Emerging Trends in U.S. Procurement," presentation to delegation of the Japanese Ministry of Land, Infrastructure, Transport and Tourism (Washington, DC, Mar. 19, 2013).

"Integrating Procurement Regulation and Competition Policy," panel chair in symposium hosted by the George Washington University Law School (Washington, DC, Mar. 14, 2013).

"The U.S. Federal Perspective on Public-Private Partnerships," presentation to conference sponsored by *European Procurement & Public-Private Partnership Law Review* (Brussels, Mar. 12,2013).

"Foreign Military Sales and Other Emerging Issues in U.S. Defense Procurement," joint presentation with Steffen Jacobsen at Kammeradvokaten - Advokatfirmaet Poul Schmith (Copenhagen, Mar. 11, 2013).

"NDIA Annual Acquisition Symposium: Working Together in a Challenging Environment - EU/UK Procurement" (panel member) (New Orleans Jan. 14, 2013).

Colloquium -- "Accountability and Transparency in Public Procurement," presentation on comparative law issues raised by proposed European procurement directive (Sciences Po, Paris, Dec. 19, 2012).

Training in Anti-Corruption and Procurement, University of Torino (coordinated by Professor Gabriella Racca, December 17-18, 2012, Turin, Italy).

"The International Fight Against Corruption: What's Working, What's Not Working, and What Will Work?" colloquium co-sponsored by International Bar Association, panelist on *The Way Forward: Improving Anti-Corruption Efforts* (George Washington University Law School, Dec. 4, 2012).

"EU Procurement in the Defence Sector," colloquium sponsored by Monckton Chambers (moderator and panelist) (London, Nov. 8, 2012).

ICC Seminar on Procurement and Trade: *Impact on Global Trade of Reciprocal Access Legislation in Public and Utility Procurement Market*s (panelist), International Chamber of Commerce (Paris, Nov. 7, 2012)

"International Government Contracting," instructor, two-day course sponsored by Thomson-Reuters/West (Arlington, VA, Oct. 24-25, 2012)

"Developments in International Procurement," presentation to NCMA-Tysons Corner Chapter (McLean, VA, Oct. 23, 2012).

"Colloquium:  Federal Information Technology Acquisition Reform Act," co-moderator, George Washington University Law School (Washington, D.C., Oct.  18, 2012).

"Suspension & Debarment Colloquium:  Towards an Integrative Approach," co-chair of panel on international suspension and debarment systems (Global Forum on Law, Justice & Development, World Bank Headquarters, Washington, D.C., Oct. 9, 2012).

"International Procurement:  An Overview," presentation to 51st Annual National Seminar on Government Contracts, University of Minnesota (St. Paul, MN, Sept. 19, 2012).

"Benefits of the Competition and Transparency Recommended by the 2011 UNCITRAL Model Law," workshop presentation under auspices of the European Bank for Reconstruction and Development/UNCITRAL Initiative on Enhancing Public Procurement Regulation in the CIS Countries and Mongolia (Baku, Azerbaijan, May 31, 2012).

"International Conference:  Integrity in Public Procurement and Public Works," keynote address (conference under auspices of the Interamerican Development Bank) (Mexico City, Mar. 27, 2012).

"Looking to the Future of Procurement:  What's Next," presentation to NCMA-Quantico Chapter (Marine Corps Base Quantico, Feb. 8, 2012).

"WTO Government Procurement Agreement," briefings to Ukrainian government procurement and trade officials, per EBRD capacity-building initiative (Kiev, Jan. 27, 2012).

"VII Conferencia Anual Sobre Compras Gubernamentales de las Americas" (regional conference on Latin American public procurement), panel presentation on anti-corruption strategies (Santo Domingo, Dominican Republic, Oct. 19, 2011).

"European Bank for Reconstruction & Development (EBRD)/UNCITRAL Workshop in Armenia," workshop with senior Armenian public procurement officials (Yerevan, Armenia, Oct. 10-11, 2011).

"Selling Products and Services to Governments in the European Union -- Critical Legal Developments," panel moderator (Washington, D.C., Apr. 5, 2011).

"Remedies from the Transatlantic Perspective," presentation at colloquium, "Enforcement of Public Procurement Rule: Lessons from a Comparative Perspective," British Institute of International and Comparative Law (London, Apr. 11, 2011).

"Public Meeting on Developments in the UN Model Procurement Law," sponsored by the U.S. Department of State Advisory Committee on Private International Law (George Washington University Law School, Oct. 21, 2010).

"The New UK Anti-Bribery Act," American Bar Association Sections of International Law and Public Contracts, panel member (Washington, DC, Oct. 20, 2010).

"Fighting Corruption in Procurement," presentation to TRACE International conference (Washington, DC, Oct. 19, 2010).

"Comparative Lessons in Anti-Corruption," presentation to International Public Procurement Forum II (Beijing, Oct. 16, 2010).

"Defense Procurement:  International Developments," presentation to Caribbean Procurement Institute conference (Port of Spain, Trinidad, Oct. 12, 2010).

"Government Procurement Law:  Stepping Stones to Reform," Panel Chair, The XVIII[th] International Congress of Comparative Law (World Bank, Washington, D.C., July 27, 2010).

"A Letter from America -- The EU Defense Directive," presentation to conference on *The Future of the European Union,* University of Birmingham Law School (Birmingham, England, June 25, 2010).

"Electronic Procurement -- Next Steps, Through Agency Theory," presentation to *Multilateral Meeting on Government Procurement* (Rome, Italy, June 17, 2010).

"The Application of Government Contracts Requirements to Foreign Subcontractors Overseas," member of panel, ABA Public Contract Law Section, International Procurement Committee (Washington, DC, June 3, 2010).

"Procurement Reform:  Outlook for 2010," member of panel, Federal Procurement Institute, ABA Public Contract Law Section (Annapolis, MD, Mar. 4, 2010).

"Suspension and Debarment:  Comparative International Perspectives," member of panel hosted by ABA International Law Section, Anti-Corruption Committee (World Bank, Washington, D.C., Feb. 25, 2010).

Coordinator and Presenter, *GWU Law School Government Procurement Law Program - 50th Anniversary Dinner* (Washington, D.C., Feb. 18, 2010).

"International Procurement:  Review of the European Defense Directive," panel moderator, Thomson Reuters / West Government Contracts Year in Review Conference, Washington, D.C., Feb. 16, 2010.

Expert Group Member, Organisation for Economic Co-operation and Development (OECD), Partnership for Democratic Governance (PDG), revisions to PDG *Handbook on Contracting Out* (2010).

*"Organizational Conflicts of Interest,"* Nash & Cibinic Roundtable panel presentation (with Professor Ralph Nash, Marcia Madsen & Vern Edwards) (Washington, D.C., Dec. 3, 2009).

"Socioeconomic Initiatives in the Obama Administration," panel presentation with Angela Styles, 2009 Contract and Fiscal Law Symposium, U.S. Army Judge Advocate General's School (Charlottesville, VA, Nov. 20, 2009).

"Procurement Policies in Recovery:  The U.S. Experience," workshop presentation, African Development Bank, High Level Forum on Procurement (Tunis, Nov. 16, 2009).

"Buy American in the Stimulus Era," panel presentation with the International Trade Committee, ABA International Law Section (Washington, D.C., Nov. 13, 2009).

"Electronic Procurement:  U.S. Lessons Learned," presentation at the Third Global Conference on Electronic Government Procurement, sponsored by the Inter-American Development Bank (IDB), the World Bank (WB), the Asian Development Bank (ADB) and the African Development Bank (AfDB) (Washington, D.C., Nov. 11, 2009).

"The New European Defense Directive:  Impact on the European Defense Market," colloquium chair, George Washington University Law School (Washington, D.C., Nov. 6, 2009).

"American Recovery and Reinvestment Act of 2009: Implementation Challenges and a Look to the Future," co-presentation with Aris Georgopoulos, University of Nottingham, to NCMA Government Contract Management Conference (Bethesda, Maryland, Nov. 5, 2009).

"Briefing: The New European Defense Directive," co-presentation with Aris Georgopoulos, University of Nottingham, to 157th Military Detachment (Washington, D.C., Cannon H.O.B., Nov. 4, 2009).

"UNCITRAL Public Procurement Model Law -- Developments," presentation to Department of State's Advisory Committee on Private International Law (ACPIL) (George Washington University Law School, Washington, D.C., Oct. 20, 2009).

Presentation on "U.S. Procurement and the Recovery Act," sponsored by the Israel - U.S. Chamber of Commerce (Tel Aviv, Israel, Sept. 14, 2009).

Presentation and Panel Chair, "Procurement in U.S. and International Recovery Efforts," Conference: "East Meets West" (Berlin, July 15, 2009).

Conference Participant, Asia Link Conference on Best Practices in Procurement (Beijing, June 29-30, 2009).

"Procurement Reform in the Obama Administration," member of panel sponsored by the District of Columbia Bar Association and the Board of Contract Appeals Bar Association (Washington, D.C., June 10, 2009).

"Contractor Compliance: Next Steps," colloquium chair (with the Board of Contract Appeals Bar Association), George Washington University Law School (Washington, D.C., June 9, 2009).

"Should We Discriminate Against Foreign Contractors?" presentation to Idaho State Bar Association (Boise, Idaho June 8, 2009).

"An Introduction to the U.S. Procurement System," presentation to delegation sponsored by China's Ministry of Commerce (Washington, D.C., Apr. 15, 2009).

"Recommendations on Illinois Procurement Reform," telephonic presentation to the Illinois Reform Commission (Chicago, IL Mar. 13, 2009).

"The Future of DC Procurement Reform," D.C. Bar Ass'n, panel discussion (Washington, D.C. March 13, 2009).

"Going Global: Key Emerging Issues in European and U.S. Procurement," panel moderator, ABA Public Contract Law Section - Federal Procurement Institute, Annapolis, Maryland, March 5, 2009.

"International Procurement: European Perspectives," panel moderator, Thomson West Government Contracts Year in Review Conference, Washington, D.C., Feb. 17, 2009.

"Fighting Corruption in Procurement," co-presentation to visiting Brazilian government officials through Institute of Brazilian Issues (George Washington University School of Business, Washington, D.C., Oct. 9, 2008; Nov. 3, 2009).

"International Procurement Law Developments," presentation to Department of State's Advisory Committee on Private International Law (ACPIL) (panel presentation) (George Washington University Law School, Washington, D.C., Oct. 6, 2008).

"Public Procurement in the U.S. and Germany:  A Comparative Review," presentation at the firm of Beiten Burkhardt (Munich, July 17, 2008).

"Key Emerging Issues in Procurement Internationally and the Boeing Tanker Protest," presentation to the Forum Vergabe (Dusseldof, July 16, 2008).

"An Introduction to U.S. Procurement," address at Ruhr-Universität-Bochum (Bochum, Germany, July 15, 2008).

"Reviewing the New Nigerian Law on Public Procurement," address to Federal Government of Nigeria, Public Procurement Board (Abuja, June 18, 2008).

"Procurement Law Practice:  Looking Forward Under Nigeria's New Public Procurement Law," address to Nigerian Bar Association (Lagos, June 17, 2008).

Panel Member, *"Hot Topics in the Court of Federal Claims and the Boards of Contract Appeals,"* panel presentation to the Judicial Conference of the U.S. Court of Appeals for the Federal Circuit (Washington, D.C., May 15, 2008).

*"Improving the General Services Administration's Multiple Award Schedule Contracts,"* presentation to the U.S. General Services Administration's Multiple Award Schedule Pricing Policies Advisory Commission (Washington, D.C., May 5, 2008), *available at* http://www.acquisition.gov/comp/masap/documents/George%20Washington%20University%20Law%20School.pdf.

*Colloquium:  Contractor Compliance:  Practical and Ethical Challenges,"* (organizer and panel moderator), The George Washington University Law School (Washington, D.C., April 29, 2008).

*Colloquium:  Issues in International Contractor Compliance"* (organizer and panel moderator), The George Washington University Law School (Washington, D.C., Mar. 12, 2008).

*U.S. Contractor Compliance,* briefing to German procurement group *Forum Vergabe* (Berlin, Jan. 17, 2008).

*"Passage to India Series, Part 2:  The Wild West of Indian Procurement,"* panel member, ABA-CLE Teleconference (November 14, 2007).

*"Colloquium:  Bid Protests and Disputes in Federal, State and Local Procurement – National and International Perspectives"* (organizer and panel moderator), The George Washington University Law School (Washington, D.C., Oct. 30, 2007).

*"Challenges for Oversight: Task-Order (Frameworks) Contracting and Electronic Procurement in the United States,"* joint presentation (with Professor Danielle Conway-Jones) to *International Colloquium: Oversight Over Public Procurements:  European and International Perspectives* (University of Paris I (Sorbonne), Oct. 22, 2007).

*"Introduction to Government Contracts Practice,"* American Bar Association, Young Lawyers Division, Student Conference (panel member) (Catholic University Law School, Washington, D.C., Oct. 13, 2007).

*"Colloquium:  Socioeconomic Programs in European Procurement"* (organizer and panel moderator), The George Washington University Law School (Washington, D.C., Sept. 11, 2007).

23

*"History & Policy:  U.S. Government Procurement,"* presentation to delegation of the People Republic of China's Central Government Procurement Center of Government Offices Administration of the State Council (Washington, D.C. July 10, 2007).

*"The Future of Government Contracts Law: Career Strategies and Opportunities for the Young and Soon-To-Be Practitioner,"* moderator for panel presentation sponsored by the District of Columbia Bar Association (Washington, D.C. June 12, 2007).

*European Space Agency:  International Symposium:  "Developing Trends in Public Procurement and Auditing,"* presenter at workshop on electronic procurement, and keynote speaker on the use of framework agreements in U.S. space and defense procurement (Noordwijk, The Netherlands, May 15-16, 2007).

*World Trade Organization (WTO) Regional Workshop on Government Procurement for African Countries*, presenter at conference sessions on transparency, competition and challenge procedures (Accra, Ghana, Apr. 25-28, 2007).

*Colloquium:  "Alternative Dispute Resolution in Government Procurement: New Horizons"* (organizer and panel moderator, with Board of Contract Appeals Bar Association), The George Washington University Law School (Washington, D.C., Apr. 19, 2006).

*"Policy and Politics on the Road to an International Free Market for Procurement,"* presentation to U.S. Coast Guard annual contracting conference (Annapolis, MD, Apr. 17, 2007).

*"Measuring Up in a Global Procurement Market:  Assessing Processes at the GAO, the FAA and the U.S. Court of Federal Claims Against International Standards,"* chair of panel at conference of the Board of Contract Appeals Judges Association (Alexandria, VA, Apr. 11, 2007).

*"Policy and Legal Frameworks for Open Procurement Markets,"* paper presented to Thomson West Government Contracts Year in Review (Washington, D.C., Feb. 20, 2007).

*"Federal Funding and Accountability Transparency Act,"* panel briefing to the Federal Bar Association's Government Contracts Section and Federal Grants Committee (Washington, D.C., Feb. 1, 2007).

*"International Public Procurement,"* panel presentation sponsored by the Georgetown Journal of International Law (Washington, D.C., Jan. 25, 2007).

*"Interagency Contracting,"* Nash & Cibinic Roundtable panel presentation (with Professor Ralph Nash and Angela Styles, Esq.) (Washington, D.C., Dec. 7, 2006).

*"Organizational Conflicts of Interest,"* panel presentation to the American Bar Association Public Contract Law Section, Bid Protest Committee (Washington, D.C., Nov. 21, 2006).

*"The Berry Amendment – Recent Legislative Changes,"* panel presentation to the American Bar Association Public Contract Law Section, Acquisition Reform Committee (Washington, D.C., Nov. 14, 2006).

*"Trade Agreements Act Enforcement:  Policy and Politics on the Road to an International Free Market for Procurement,"* presentation to a National Contract Management Association training conference (University of Minnesota, Minneapolis, MN, Oct. 27, 2006).

*"Small & Disadvantaged Enterprises:  Lessons from the U.S. Experience,"* presentation to a conference on implementation of French legislation regarding small- and medium-sized enterprises (SMEs), sponsored by the French Ministry of Finance (Paris, France, Oct. 9, 2006).

*"Ensuring Integrity – The UNCITRAL Model Procurement Law and the UN Convention on Corruption,"* presentation to the International Public Procurement Conference (IPPC) (Rome, Italy, Sept. 2006).

*"New Challenges in Devolving Procurement Functions to Lead Systems Integrators,"* paper presented as part of panel at American Bar Association's Public Contract Law Section's annual meeting (Honolulu, HI, Aug. 5, 2006).

*"Integrating Ethics and Procurement – International Lessons,"* presentation to the Interagency Ethics Council (Washington, D.C., Aug. 3, 2006)

*"Electronic Reverse Auctions:  U.S. Experience,"* and *"Electronic Procurement:  Lessons from the U.S. Experience,"* presentations at "Public Procurement:  Global Revolution III," an international procurement law conference at the University of  Nottingham, United Kingdom (co-sponsored by GWU Law School) (June 2006).

*"The Federal Circuit Looking Ahead:  The Most Important Issues Facing the Federal Circuit in the Next Ten Years,"*   panel presentation to the Judicial Conference of the U.S. Court of Appeals for the Federal Circuit (Washington, D.C., May 19, 2006).

*NCMA Training Seminar:  "Organizational Conflicts of Interest,"* to benefit National Contract Management Assn – Tysons Corner Chapter (Reston, VA, May 15, 2006).

*Colloquium:  Consolidation of the Civilian Boards of Contract Appeals:  New Legislation's Impact on Practice Before the Boards*  (organizer and panel moderator, with Professors Lees and Schooner), The George Washington University Law School (Washington, D.C., Apr. 21, 2006).

*"Update on U.S. Procurement,"* presentation to 6th Annual Seminar on Government Procurement – Meeting of the Americas (Sao Paulo, Brazil, Mar. 21, 2006).

*"Emergency & Contingency Contracting:  Lessons Learned from Katrina,"* panel member, American Bar Association, Public Contract Law Section, 12th Annual Federal Procurement Institute (Annapolis, MD, Mar. 2, 2006).

*Emerging Policy and Practice Issues (2005),* presentation with Steven L. Schooner, at the Thomson/West Government Contracts Year in Review Conference (Washington, D.C., Feb. 23, 2006).

*Colloquium:  Electronic Reverse Auctions – Lessons Learned, Here and Abroad*  (organizer and panel moderator, with Professor Sue Arrowsmith of the University of Nottingham and David Drabkin, U.S. General Services Administration), The George Washington University Law School (Washington, D.C., Feb. 21, 2006).

*"Ethics in Government Contracting,"* Panel Chair, Board of Contract Appeals Bar Association Annual Program (Washington, D.C. Oct. 28, 2005).

*"Procurement Integrity:  Contracting Challenges"* Presentation to National Contract Management Association, Free State Chapter (Laurel, MD, Oct. 20, 2005).

*District of Columbia Bar Association Panel:  "Procurement Integrity:   Will the Avalanche Sweep Only The Sinners Away?"* (Washington, D.C., Oct. 11, 2005).

*Colloquium:  Framework Agreements and Task-Order (IDIQ) Contracting: Successes (and Failures) in Europe and the United States* (organizer and panel moderator), The George Washington University Law School (Washington, D.C., Sept. 28, 2005).

*"How Academia Is Responding to the Ethics Challenge,"* National Contract Management Association, 43rd Annual Aerospace and Defense Contracting Conference (panel member) (Long Beach, CA, July 28, 2005).

*"Government Contracts Law and You": Career Strategies and Opportunities,* District of Columbia Bar Association (panel moderator) (Washington, D.C. June 30, 2005).

*Colloquium: The World Trade Organization's Government Procurement Agreement – Benefits and Challenges* (organizer and panel moderator, with Professor Yu An of Tsinghua University, Beijing), The George Washington University Law School (Washington, D.C., June 22, 2005).

*"Risk Management: Ethics and Compliance,"* Presentation to G-Con Small Business Contracting Symposium (McLean, VA, June 15, 2005).

*"Legislating Procurement Reform in the U.S. Congress: Patterns and Lessons,"* Presentation to Delegation from Thailand's Council of State (Washington, D.C., June 13, 2005).

*"Procurement Integrity: Emerging Legal Issues,"* Presentation to Army Materiel Command, Legal Conference (New Orleans, LA, June 7, 2005).

*"Procurement Integrity: Building to New Benchmarks,"* Presentation to National Contract Management Association, Gateway Chapter (St. Louis, MO, May 10, 2005).

*"Procurement Reform Through Congress: Patterns and Problems,"* Presentation to American Bar Association – Public Contract Law Section (chair of panel on legislative oversight) (Asheville, NC, Apr. 30, 2005).

*"Procurement Integrity: Emerging Issues in Federal Procurement,"* Presentation to Coast Guard Chiefs of Contracting Offices Conference, Arlington, VA, April 14, 2005.

*"Procurement Reform: Grading Our Progress and Charting the Course,"* panel member, American Bar Association, Public Contract Law Section, 11th Annual Federal Procurement Institute (Annapolis, MD, Feb. 25, 2005).

*"Ethics and Integrity – 'Truth or Consequences' – Not Just a Game"* (panel member), NCMA Winter Conference (Melbourne, Fla., Feb. 17, 2005).

*"Organizational Conflicts of Interest: Emerging Issues"* (organizer and panel chair), The George Washington University Law School (Washington, D.C., Feb. 8, 2005).

*"Emerging Policy & Practice Issues"* (joint presentation with Professor Steven Schooner), West Government Contracts Year in Review Conference (Washington, D.C., Feb. 3, 2005).

*"New Policy Issues for Federal Procurement and Procurement Integrity,"* presentation to National Contract Management Association – Washington, D.C. Chapter (Jan. 19, 2005).

*Comments prepared for Transparency International-USA* on U.S. Government response regarding Implementation of the Inter-American Convention Against Corruption (Dec. 14, 2004).

*"Procurement Integrity: What's It All About,"* panel presentation sponsored by District of Columbia Bar Association (Dec. 7, 2004).

*Colloquium: UNCITRAL and the Road to International Procurement Reform* (organizer and panel co-

moderator), The George Washington University Law School (Washington, D.C., Nov. 10, 2004)

*Procurement Integrity: New Challenges,* presentation to National Contract Management Association, Nova Chapter (Arlington, VA, Nov. 4, 2004).

*Procurement Integrity: Emerging Trends and Recent Crises* (seminar presentation), Forty-Third Annual National Seminar on Government Contracts (U. of Minnesota, St. Paul, MN, Oct. 29, 2004)

*U.S. General Service Administration's "Get It Right" Campaign: Considering Basic Principles* (panel presentation, General Services Administration, Washington, D.C., Oct. 27, 2004).

*U.S. Government Procurement Issues,* International Public Procurement Conference, Fort Lauderdale, FL (panel member) (Oct. 21, 2004).

*Procurement Integrity Essentials: Compliance Strategies in the Wake of Recent Reforms,* American Bar Association, Center for Continuing Legal Education (teleconference training) (Sept. 28, 2004).

Adviser to U.S. Delegation, UNCITRAL Model Procurement Law Working Group (Headquarters, United Nations Commission on International Trade Law, Vienna, Austria, September 2004).

*Homeland Security Procurement: The Big Picture,* IOMA 2nd Annual Forum: Contracting with the Department of Homeland Security, panel participant (Arlington, VA, May 11, 2004).

*Procurement Integrity: Getting Government Contracts Right,* panel moderator – colloquium (The George Washington University Law School, Washington, D.C., May 6, 2004).

*Task Order Reform: Weighing Electronic Solutions*, presentation to Board of Contract Appeals Judges' Association Annual Conference (Alexandria, VA, Apr. 30, 2004).

*Public Procurement in the U.S. Market: Emerging Issues,* briefing sponsored by the Embassy of Canada (Washington, D.C., Apr. 27, 2004).

*Panel Presentations: "Challenges in Ethics Compliance"* (plenary session to full conference) and *"Homeland Security: Contracting Issues,"* at National Contract Management Association's World Congress (Orlando, Florida, Apr. 26, 2004).

Participant, Expert Advisory Group on Proposed Reform of the UNCITRAL Model Procurement Law (Headquarters, United Nations Commission on International Trade Law, Vienna, Austria, March 2004).

*Competitive Sourcing, Commercial Item Contracting and Procurement Integrity: A Briefing and Update,* Performance Institute Government Contracting Summit, Washington, DC (Jan. 29, 2004).

*Procurement Reform: Outlook 2004,* joint presentation with Professor Steven Schooner for federalnewsradio.com (Jan. 15, 2004).

*Commercial Information Technology Procurement – Emerging Issues*, presentation at the Army Government Contract and Fiscal Law Symposium, U.S. Army JAG School, Charlottesville, VA (Dec. 4, 2003).

*Procurement Integrity in Federal Contract Law,* Presentation to National Contract Management Association – Cape Canaveral, FL (Sept. 23, 2003).

*Homeland Security – Procurement Law Challenges*, Federal Bar Association Meeting, Arlington, VA

(panel member, Sept. 18, 2003).

*FederalNewsRadio.com:  Webcast on A-76 and Competitive Sourcing,* George Washington University, Washington, D.C. (panel member, July 28, 2003).

*Business Opportunities with Homeland Security*, Contract Services Association Mid-Year Meeting, Portsmouth, VA (panel chair, July 23, 2003).

*Careers in Government Contracts Law:  Luncheon Program of the District of Columbia Bar Association* (moderator, June 26, 2003)

*Legislative Developments:  Cooperative Purchasing and SARA* (Panel Member, GWU Law School, Procurement Policy Colloquium, June 5, 2003)

Procurement *Integrity – Emerging Trends,* Presentation to the Army Materiel Command/Conference of AMC Counsel (Orlando, FL, May 22, 2003).

*E-Government:  Weighing Progress and Reform*, Presentation to the Board of Contract Appeals Judges Association (Alexandria, VA, plenary session, April 9, 2003).

*Contracting with the Department of Homeland Security: Procurement Legal Requirements*, Bureau of National Affairs (BNA) Federal Contracts Report Conference (Panel Member, Washington, D.C., April 8, 2003).

*U.S. and Canadian Procurement: Comparative Review*, The Canadian Embassy, Washington D.C. (Mar. 5, 2003).

*Ethics in Procurement:  New Challenges After a Decade of Reform*, Invited Presentation to Office of Federal Procurement Policy, U.S. Office of Management & Budget (Feb. 13, 2003).

*The Future of Services Contracting:  Section 803 and Beyond* (Panel Chair, GWU Law School, Procurement Policy Colloquium, Feb. 4, 2003).

*Federal Information Technology Accessibility:  Whose Responsibility Is It?* (Panel Member, Accessibility Industry Conference, Orlando, FL, Feb. 17, 2002).

District of Columbia Bar Association Seminar, *"D.C. Procurement:  Bid Protests and Contract Claims"* (Panel Chair, Jan. 7, 2002).

*Accessibility in Federal Information Technology:  Practical and Legal Obstacles* (E-Gov Conference Panel, Washington, D.C., Dec. 18, 2001).

*Effective Legal Presentations:  Training to the District of Columbia Bar* (Dec. 13, 2001).

*Meeting the Section 508 Challenge:  Legal and Business Issues in Providing Access to Electronic and Information Technology* (District of Columbia Bar, panel presentation, Dec. 4, 2001).

*E-Signature Laws, U.S. and International* (George Mason University School of Law, guest lecture, Nov. 28, 2001).

*Section 508:  Government Perspective on IT Accessibility Requirements* (Redstone Arsenal, Alabama, Nov. 14, 2001).

*Implementing Secure E-Government in a Customer-Centric Environment*, Panel Chair and Presenter, E-Gov Conference (Washington, DC, July 10, 2001).

*Secure E-Business:  Legal Lessons from the Federal Experience*, Presentation to Annual Meeting of the Association for Transportation Law, Logistics & Policy (San Diego, CA , June 25, 2001).

Webcast:  *Section 508 - Making Final Preparations (panel discussion with industry, government and disability community)* (available at www.tvworldwide.com/event_ittatc_061801.cfm).

"*Department of Defense Implementation of PKI:  Legal Issues,*" presentation to Armed Forced Communications and Electronics Association, U.S. Department of Commerce (May 14, 2001).

Address to Department of Defense Public Key Infrastructure Users Conference, Myrtle Beach, SC (May 9, 2001).

"*Accessible Information Technology Under Section 508,*" Information Resources Management College, National Defense University (May 10, 2001).

*Teaching Presentations:  GSA Schedules and Section 508*, Cape Canaveral, Florida NCMA Chapter (Apr. 11, 2001).

"*Legal Issues in DoD E-Business,*" Briefing to Association for Federal Information Resource Management (AFFIRM) (Mar. 15, 2001).

E-Gov Conference, *Federal E-Business:  Emerging Legal Issues* (Mar. 13, 2001).

*Federal E-Business:  Legal Update*, Presentation to Information Resources Management College, National Defense University (Feb. 15, 2001).

*Secure E-Business at the Defense Department:  Seminar for Procurement Professionals* (Feb. 14, 2001) (co-moderator).

Electronic Commerce Institute for University Procurement Officials (NAEB, Jan. 26, 2001, Tempe AZ).

Co-Chair, Legal Subgroup, Industry Public Key Infrastructure (Digital Signature) Working Group, Report to U.S. Department of Defense (Dec. 2000).

*"New Developments in Federal Procurement"* (training to Federal Deposit Insurance Corporation contracting officials, Nov. 14, 2000).

Testimony on Administrative and Procurement Reform before the Judiciary Committee, District of Columbia City Council (Oct. 30, 2000).

E-Gov 2000 Conference, Panel Member:  *New Laws of Electronic Commerce* and *Legal Issues in Implementing Public Key Infrastructure* (July 11, 2000).

"*The New Uniform Electronic Transactions Act*," Presentation at NCMA World Congress 2000 (Apr. 10, 2000).

Panel Chair, *"Federal and State Electronic Commerce:  Update on Developments,"* ABA Public Contract Law Section, Federal Procurement Institute (Annapolis, MD, Mar. 9, 2000).

Radio Interview, "Selling Information Technology to the Federal Government," WRC Radio, Washington,

D.C. (Oct. 14, 1999).

Co-presenter, *Basics of Government Contracting* (Federal Publications Oct. 6, 1999).

Co-teacher, *"Year 2000 Issues in Government Contracting,"* Federal Publications Seminars LLC, Washington D.C. & Los Angeles, CA, January - July 1999.

Panel Chair, *Federal Public Key Initiatives*, E-Gov Conference, Washington, D.C., June 30, 1999.

Panel Chair, *Paperless Procurement*, GovTechNet Conference, Washington, D.C., June 16, 1999 (sponsored by *Federal Computer Week*).

Virginia Continuing Legal Education (CLE) Presentation, *Electronic Issues in Law Practice* (May 1999).

Co-Presenter, ITAA Webcast: *Federal Use of Public Key Infrastructure (PKI) Encryption* (March 18, 1999).

Co-Teacher, NCMA National Educational Seminar, *Innovative Contracting: Practical Approaches* (March 11, 1999).

Lecturer, *"Bid Protests and Information Technology Contracts,"* General Services Administration "Trail Boss" Training Program for Government IT Professionals, May 1998 & December 1998.

Speaker on "*Year 2000 Liability -- Arbitration Options*," NCMA Tysons Corner Chapter (Dec. 8, 1998).

Speaker on *"Paperless Contracting: Public Key Infrastructure and Government Contracti*ng," NCMA, East Coast Conference (Dec. 4, 1998).

Panel Speaker, Association for Enterprise Integration, Conference on 21st Century Commerce, Long Beach, CA, (October 1998).

Co-teacher, NCMA National Education Seminar*: "Electronic Contracting"* (Apr. 29, 1998).

Speaker, *Developments in Federal Electronic Commerce*, NCMA East Coast Conference (December 1997).