DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80093-MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JASEN BUTLER

          **Defendant.**
_____/

# UNITED STATES' DISCLOSURE OF ANTICIPATED EXPERT WITNESS AND ADDITIONAL EVIDENCE

The United States of America, through undersigned counsel, hereby files this Disclosure of Anticipated Expert Witness and Additional Evidence, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Federal Rules of Evidence 702, 703, and 705.

As more fully described herein, the United States intends to call Lisa Klitz, a trained forensic accountant working as a Senior Financial Investigator in the Asset Forfeiture and Law Enforcement Analysis Division at Defense Criminal Investigative Service (DCIS). The United States intends to introduce testimony, by way of Investigator Klitz, explaining the tracing of the wire fraud proceeds to the purchases of the properties in Florida and Colorado. Investigator Klitz will analyze the bank records showing the transfers of funds using the LIFO (last-in, first out) accounting method, which allocates funds that come into a bank account through deposits to the immediately following withdrawals. The United States expects Ms. Klitz to testify as a lay witness, but in an abundance of caution, is making this disclosure.

Date: November 10, 2025						Respectfully submitted,

							JASON A. REDING QUIOÑES
							UNITED STATES ATTORNEY


					By:	/s/ Elizabeth Young
							ELIZABETH YOUNG
							Assistant United States Attorney
							Court ID No. A5501858
							Elizabeth.Young@usdoj.gov
							United States Attorney's Office
							99 Northeast 4th Street
							Miami, Florida 33132-2111
							Tel: (786) 761-3153

							ABIGAIL SLATER
							ASSISTANT ATTORNEY GENERAL
							ANTITRUST DIVISION

					By:	/s/ Jonathan Pomeranz
							Jonathan Pomeranz
							Trevor Wilmot
							Haley Pennington
							Trial Attorneys
							U.S. Department of Justice
							Antitrust Division
							450 5th Street NW
							Washington, D.C. 20530
							S.D. Fla. Special Bar #A5503242
							(202) 316-2179
							jonathan.pomeranz@usdoj.gov



U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

November 10, 2025

<u>VIA EMAIL</u>
Jason Weiss
Bruce Zimet
jason@goldbergerweiss.com
baz@bruceazimetlaw.com

      RE:    *United States v. Jasen Butler*, No. 25 CR 80093

Dear Counsel:

      Attached please find the signed expert disclosures for Investigator Lisa Klitz.  These are provided in accordance with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure.  The Government reserves the right to supplement and/or correct this disclosure if appropriate.  *See* Fed. R. Crim. P. 16(a)(1)(G)(vi). This disclosure focuses on the tracing of funds, with regard to which the United States believes Investigator Klitz would be testifying as a lay witness. The United States is nevertheless making this disclosure in an abundance of caution. Investigator Klitz may testify about other topics, but would clearly be doing so as a lay witness.

      1.    **Investigator Lisa Klitz** The United States expects to call Investigator Klitz to testify about the tracing of proceeds and analyze the transfer of funds using financial and other records, as set forth in detail below.

      *Background.*  Investigator Klitz's professional background and experience is summarized in the enclosed CV.  As summarized therein, Investigator Klitz is a trained forensic investigator working as a Senior Financial Investigator in the Asset Forfeiture and Law Enforcement Analysis Division at the Defense Criminal Investigative Service (DCIS).

      The Government does not contend or concede that any portion of the testimony described below qualifies as expert testimony under Federal Rule of Evidence 702 or is implicated by the disclosure requirements of Federal Rule of Criminal Procedure 16(a)(1)(G), Federal Rule of Evidence 702, or *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).  Nonetheless, the Government provides this notice in the event the Court concludes that any portion of Investigator Klitz's testimony concerning monetary transfers constitutes expert testimony.  Further, the

3

Government may choose not to elicit all the testimony outlined in this notice but provides this information out of an abundance of caution.

This letter is intended to supplement any disclosures and discovery the government has previously provided to you.

Sincerely,

/s/ Jonathan Pomeranz

Jonathan Pomeranz
Trial Attorney
U.S. Department of Justice
Antitrust Division

## **Disclosure as to Expert Investigator Lisa Klitz**

### I. Statement of Opinions, Bases, and Reasons

The following is a "complete statement of all [potential expert] opinions that the government will elicit from the witness in its case-in-chief, or during its rebuttal to counter testimony that that defendant has timely disclosed under [Rule 16](b)(1)(C), and the bases and reasons for them." Fed. R. Crim. P. 16(a)(1)(G)(iii).

**Bases for Testimony:** Investigator Klitz's opinions are based upon applying her training as a financial investigator to bank records and title company records that will be admitted as evidence at trial. Investigator Klitz will help the jury understand the flow of wire fraud proceeds, the use of these proceeds for purchasing properties in Florida and Colorado, and accounting methods used to allocate funds that flow through bank accounts.

**Opinions and Summary of Anticipated Testimony:** The Government anticipates that Investigator Klitz's testimony may cover the following topics:

- Analysis of the flow of funds in this case, including the use of wire fraud proceeds for the purchase of properties in Florida and Colorado. Investigator Klitz would show, using the Last-In First-Out accounting method, how the funds from the wire fraud were used to purchase those two properties, as alleged in the Indictment.

- With regard to the purchase of the Florida property, Investigator Klitz would testify that:

    - On October 23, 2023, Kropp Holdings deposited $1,208,036.57 into the Defendant's PNC bank account ending with 7061. Kropp Holdings, by means of the SEA Card system, acted as an intermediary for Government fuel payments to vendors.
    - This transfer is shown in the SEA Card records (KHI0004088) and the PNC Bank records.
    - This deposit into the 7061 account included payment of $725,174.01 for a false invoice as charged in Count 23 of the Indictment, alleging wire fraud in violation of 18 U.S.C. § 1343.
    - On October 27, 2023, Defendant transferred $1,169,545.66 from the 7061 Account to Patch Reef Title Company for the purchase of real property located at 5051 SW Markel Street, Palm City, FL 34990. That transfer included $677,174.01 of wire fraud proceeds from the Count 23 wire fraud payment. This can be seen from the Patch Reef Title Company records (PRTC001-001-00000070 – showing receipt of the funds on October 30, 2023) and from the PNC bank records.

- With regard to the purchase of the Colorado property, Investigator Klitz would testify that:
    - On January 18, 2024, Kropp Holdings, according to its own records, deposited $857,089.84 into the Gulf Atlantic Bank account associated with Patriot Disaster Specialist LLC. (See KHI0010597).

- The transfer was payment for the false invoice charged as Count 26 of the Indictment. This transfer can be seen as completed on January 19, 2024 in the GAB account records produced to the defense.
- On January 23, 2024, Patriot Disaster Specialist LLC, a company that Defendant used to bid on fuel contracts, deposited $857,089.84 into an account in the name of Intrepid Oceans Marine, LLC, a PNC Bank account with number ending in 7053. This transfer appears in the 7053 account records and the Patriot Disaster Specialist bank records.
- On January 29, 2024, Jasen Butler moved $750,000.00 from the 7053 Account to the PNC Bank account ending in 7061. Using the last-in, first-out (LIFO) method, this transfer included $730,000.00 in wire fraud proceeds.
- On January 31, 2024, Butler transferred $2,040,719.43 from the PNC Bank 7061 account to Colorado Title & Escrow for the purchase of real property located at 190 County Road 173, Westcliffe, CO 81252. That transfer included $502,486.19 of proceeds from Count 26 of wire fraud. In addition, that transfer included $206,088.94 from a January 22, 2024 payment for a false invoice as charged in Count 25. The transfer is shown in the PNC Bank records. Records from Colorado Title & Escrow show that the money was received on January 31, 2024 (CCTE001-00000142).

Investigator Klitz's conclusion would be that the proceeds from the fraud scheme were used to purchase both homes.

## II. Qualifications

The following is a list of "the witness's qualifications, including a list of publications authored in the previous 10 years." Fed. R. Crim. P. 16(a)(1)(G)(iii):

**Qualifications:** Investigator Klitz is a Senior Financial Investigator for the United States Department of Defense's Defense Criminal Investigative Service and has served in this role for approximately eight years where she oversees financial investigations, analyzes financial records, and prepares summaries and recommendations for investigations, including those in contract fraud. Prior to this, Klitz was a Special Agent with the Internal Revenue Service (IRS) for approximately seventeen years, four of which she served as a supervisor. In her roles at the IRS, Investigator Klitz managed and investigated complex financial cases. Investigator Klitz received her Bachelor of Business Administration from Florida Atlantic University in Boca Raton, Florida, attended the Federal Law Enforcement Training Center in Glynco, Georgia, and passed the Certified Public Accountant Exam. Investigator Klitz's resume sets out her qualifications in greater detail; attached to this notice is Investigator Klitz's resume.

**Publications:** Investigator Klitz does not have any publications.

## III. List of Cases

Below please find "a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition." Fed. R. Crim. P. 16(a)(1)(G)(iii). Please note

6

that this list reflects Investigator Klitz's best efforts to account for her expert testimony over the previous 4 years.  Investigator Klitz has been informed that if she learns of additional testimony that should be disclosed under this rule to notify the Government:

Investigator Klitz has previously testified about the tracing of funds, but only as a lay witness. The cases were:
*United States v. Monty Grow*, 1:16-cr-20893 (S.D. Fla. 2019)
*United States v. Alap Shah*, 1:18-cr-20526 (S.D. Fla. 2019)

Investigator Klitz has reviewed and approved this disclosure and attests to the fact by signing below.

I have reviewed and I approve this disclosure.

Date: _____

_____
Lisa Klitz
Senior Financial Investigator
Department of Defense

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

                                                                Jonathan Pomeranz
                                                                Trial Attorney