**Lisa A. Klitz**
11540 NW 31st Street
Coral Springs, FL 33065
(954)214-6082 (cell)
rklitz@bellsouth.net

---

Extensive managerial and investigative experience across numerous program areas to include significant politically sensitive tax, money laundering, complex fraud and asset forfeiture investigations • Twenty-seven year federal law enforcement career as an Internal Revenue Service (IRS) Criminal Investigator & Supervisor • Skilled forensic accountant • Front-line manager • Excellent multi-agency working and relationship building skills • Excellent working relationship with Southern District of Florida, US Attorney's Office personnel in Miami, Broward and West Palm Beach

**Experience**

**Senior Financial Investigator, Contractor – Madison Associates, Inc**
US Department of Defense – Defense Criminal Investigative Services
July 2023 – May 2025

**Senior Financial Investigator, Contractor – Renzulli and Associates**
US Department of Defense - Defense Criminal Investigative Services
July 2017 – June 2023

- Oversee the financial investigative efforts of Department of Defense – Office of Inspector General personnel to maximize the use of forfeiture in investigations.
- Provide guidance to criminal investigators regarding investigative planning and methods.
- Advise criminal investigators as to case specific strategies in conducting financial investigations.
- Obtain and analyze financial records for DOD investigations to include Health Care Fraud, Product Substitution, Contract Fraud and COVID assistance fraud.
- Prepare summaries and recommendations pertaining to investigative findings for presentation to agency stakeholders as well as other related parties to include federal prosecutors.

**Supervisory Special Agent, Internal Revenue Service – Criminal Investigation**

  **Miami Field Office 2010 – 2014**
  - Planned, directed and evaluated the activities of ten direct report IRS-CI employees and approximately 20 local (S FL) law enforcement task force officers. Reviewed their financial analyses to ensure proper investigative methods were being pursued and utilized to effect expeditious and timely completion of grand jury matters.
  - Advised and assisted Department of Justice Attorneys, Assistant United States Attorneys, IRS Legal Counsel and other officials with respect to legal proceedings, investigative matters and judicial proceedings.

- Managed and supervised both local and national investigations into money laundering, healthcare fraud, identity theft, tax evasion, Ponzi schemes, public corruption, narcotics and other program areas.
- Established and managed a multi-jurisdictional task force to combat identity theft in S Florida, comprised of local, state and federal law enforcement partners.

**Special Agent, Internal Revenue Service – Criminal Investigation**

**Miami Field Office 1997 – 2010**
- Independently investigated/referred for prosecution numerous complex financial investigations involving tax fraud, healthcare fraud, public corruption, narcotics, money laundering/Bank Secrecy Act violations and various other financial crimes. Primary responsibility was always tracing funds through analysis and summary of bank, public and third-party records to identify fraud perpetrators.
- Identified, located and interviewed witnesses from all social, economic and educational backgrounds, both cooperative and uncooperative.
- Responsible for identifying/managing confidential informants and cooperating defendants.
- Conducted numerous joint high-profile grand jury investigations with the US Attorney's Office, FBI and other law enforcement agencies utilizing an extensive assortment of investigative techniques to include financial record review/analyses, physical/electronic surveillance, undercover operations, consensual monitoring/wiretaps and search/seizure warrants.  Responsible for preparing/submitting for approval all phases of request/reporting requirements, both administrative and judicial, relative to all of the above techniques as well as arrest warrant affidavits, criminal complaints, informations, and indictments.
- Excellent written and oral communicator with extensive experience presenting evidence to management, prosecutors, grand juries and federal criminal court juries.
- Mentor for special agent applicants – provided guidance and advice throughout application, hiring and on-boarding process.
- On the Job Instructor for newly hired special agents – provided supervision and direction during probationary period.

**Education**

Florida Atlantic University, Boca Raton, FL – Bachelor of Business Administration - April 1986
Federal Law Enforcement Training Center, Glynco, GA – 1988 & 1989
Certified Public Accountant Exam – May 1988


**References available upon request**