UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80093

**UNITED STATES OF AMERICA**

v.

**JASEN BUTLER**

        **Defendant.**

_____/

**NOTICE OF ATTORNEY APPEARANCE**

    The United States of America hereby files this Notice of Appearance of attorney Trevor Wilmot as counsel of record in this case.

                                        Respectfully submitted,

                                        **RYAN TANSEY**
                                        **CHIEF**
                                          **U.S. DEPARTMENT OF JUSTICE**
                                          **ANTITRUST DIVISION**
                                          **WASHINGTON CRIMINAL SECTION**

                                          */s/ Trevor Wilmot*
                                          Senior Litigation Counsel
                                          FL Special Bar No. A5503422
                                          U.S. Department of Justice
                                          Antitrust Division
                                          Liberty Square Building
                                          450 5th Street, NW
                                          Washington, DC 20530
                                          Phone: (202) 746-7816
                                          Email: Trevor.Wilmot3@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using CM/ECF.

**Dated:** November 12, 2025

/s/ Trevor Wilmot
Senior Litigation Counsel
U.S. Department of Justice