**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-80093-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,
v.

JASEN BUTLER,

    Defendant.
    _____/

**ORDER ON GOVERNMENT'S MOTION TO ADMIT BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) AND 803(6)**

THIS CAUSE is before the Court upon the Government's Motion to Admit Business Records, filed November 10, 2025. (DE 55). The Government's motion constitutes requisite advance notice to the defense that it intends to introduce into evidence certain business records pursuant to Rules 902(11) and 803(6) in lieu of calling multiple records custodians for authentication. Defendant has not responded to the Motion and the deadline for him to do so has passed. Therefore I construe the Government's motion as unopposed.

I have reviewed the Motion and the list of proposed exhibits, which is contained in Attachment A. It appears that the Government has satisfied the requirements of the rules, and that admitting these records under Fed. R. Evid. 803(6) and 902(11), as opposed to a live witness for each entity, will expedite the presentation of evidence and streamline the trial. Moreover, by not filing a response the Defendant waives objection.

Accordingly, I will grant the motion and preliminarily admit the records described in Attachment A of the Government's motion. This ruling does not limit Defendant's right to

challenge the admission of any of the documents in whole or part on other evidentiary grounds at the time of trial.

For the foregoing reasons, it is **ORDERED and ADJUDGED** that the Government's Motion to Admit Business Records (DE 55) is **GRANTED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 15th day of December, 2025.

Donald M. Middlebrooks
United States District Judge