<u>Exhibit A</u>



**U.S. Department of Justice**

Antitrust Division

---

*Washington Criminal Section*

July 10, 2024

Jasen Butler
c/o Jason S. Weiss, Esquire
Goldberger Weiss, P.A.
Tower 1555
1555 Palm Beach Lakes Boulevard, Suite 1400
West Palm Beach, Florida 33401

      Re:    <u>Voluntary Interview, July 16, 2024</u>

Dear Mr. Butler:

      The Antitrust Division is conducting a criminal investigation into possible violations of federal laws involving the supply of fuel to the government. This letter sets forth our agreement concerning the basis on which you will make yourself available on July 16, 2024 for an interview in connection with the criminal investigation.

      1.    The Antitrust Division makes no promises regarding the disposition of this investigation. No agreements have been entered into except those expressly contained in this letter, which is the only agreement between you and the Antitrust Division. No other agreements will be entered into unless in writing and signed by all parties. This is not a cooperation agreement, plea agreement, immunity agreement, or non-prosecution agreement, nor is it a promise to enter into any of these agreements.

      2.    You have consulted with legal counsel of your own choosing. Your counsel, Jason Weiss, will be present during the interview.

      3.    Your participation in this interview is voluntary, and you have been informed and understand that you may end the interview at any time or decline to answer any question asked. During the interview, you will be truthful, fully candid, and complete in providing information concerning the matters about which you are asked.

      4.    The Antitrust Division agrees that it will not offer any statement you make during the interview directly against you in any legal proceeding, except that: a) your statements may be offered in any such proceeding to impeach your testimony or to rebut evidence or arguments offered on your behalf (including arguments made or issues raised *sua sponte* by the District Court); b) the agreement not to make direct use of statements you provide during the interview will not apply to crimes of violence; c) should you testify contrary to the substance of the interview, the Antitrust Division may use any statements you provide in the interview in a

1

prosecution of you for making a false statement or declaration (18 U.S.C. §§ 1001, 1623), obstruction of justice (18 U.S.C. § 1503 *et seq.*), or perjury (18 U.S.C. § 1621); and d) should you become a fugitive from justice as defined in 28 U.S.C. § 2466, the Antitrust Division may use any statements you provide in the interview directly against you in any legal proceeding.

5. The Antitrust Division is free to use any information directly or indirectly derived from the interview to pursue any investigation and in any legal proceeding including any subsequent prosecution of you or others.

6. Should you be prosecuted, this Agreement eliminates the need for a *Kastigar* hearing at which the Antitrust Division might have to prove that the evidence it intends to offer, during any legal proceeding, is not derived from or otherwise tainted by your proffer statements.

7. The terms of this Agreement do not bind any office or component of the U.S. Department of Justice other than the Antitrust Division. However, if the Antitrust Division receives a request from a local, state, federal or foreign government office or agency for evidence of statements made during your interview, the Antitrust Division will require that the requesting office or agency agree to honor the terms of this Agreement prior to disclosure.

8. By signing this agreement, you acknowledge that you have read, fully discussed with your counsel, and understand everything in the letter.

It is understood that this agreement is limited to statements made during the interview on July 16, 2024, and does not apply to any oral, written, or recorded statements made by you at any other time unless the interview is continued on a later date. Please sign and date this letter to indicate your understanding of and agreement with the conditions for your interview and ask your counsel to do the same.

Sincerely,

/s/ Jonathan Pomeranz
Jonathan Pomeranz
Trial Attorney
Washington Criminal Section

Date: 7/16/2024

_____
Jasen Butler

_____
Jason S. Weiss
Counsel for Jasen Butler

Date: 7-16-24

2