UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-80093-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JASEN BUTLER,
    Defendant.
_____/

## ORDER ON MOTION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM

**THIS CAUSE** comes before the Court upon the Defendant's Motion for Leave to Permit Defense Team to Use Electronics During Trial (DE 91). After reviewing the motion and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Leave to Permit Defense Team to Use Electronics During Trial (**DE 91**) is hereby **GRANTED.** The following are permitted to bring electronic equipment listed below for use at the trial commencing on Monday, **January 12, 2026, at 9:00 am**:

    Jason S. Weiss, Esq. – Laptop and cellphone
    Bruce A. Zimet, Esq. – Laptop and cellphone
    Jessical Cadwell, Paralegal – Laptop and cellphone
    Jasen Butler, Defendant – Laptop

In addition, attorneys Jason Weiss and Bruce Zimet shall be permitted to bring their laptop computers into the courthouse on Thursday, January 8, 2026, to test the electronic equipment prior to trial.

**DONE AND ORDERED** at West Palm Beach, Florida this 5th day of January 2026.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record