UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80093-ROSENBERG

UNITED STATES OF AMERICA

v.

JASEN BUTLER

        **Defendant.**

_____/

## NOTICE OF ENTRY OF APPEARANCE

The United States of America hereby files this Notice of Appearance of Ebonie Branch as counsel of record in this case.

Respectfully submitted,

JASON A. REDING QUINONES
UNITED STATES ATTORNEY

*/s/ Ebonie Branch*
Trial Attorney
FL Special Bar No. A5503346
U.S. Department of Justice
Antitrust Division
Liberty Square Building
450 5th Street, NW
Washington, DC 20530
Phone: (202) 746-6577
Email: ebonie.branch@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using CM/ECF.

**Dated:** January 9, 2026

*/s/ Ebonie Branch*
Trial Attorney
U.S. Department of Justice