UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-80093-CR MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JASEN BUTLER

      Defendant.

_____/

## BUTLER'S PROPOSED JURY INSTRUCTIONS

Jasen Butler ("Butler") through undersigned counsel submit the following Proposed Jury Instructions.

### I.  GOVERNMENT PROPOSED JURY INSTRUCTIONS

The Government provided Butler with its Proposed Jury Instructions. Butler concurs with the following Government Proposed Jury Instructions which the Government is submitting in WORD form to the Court.

a. Preliminary Instructions (P1)
b. Court's Instructions to the Jury (B1)
c. The Duty to Follow Instructions and the Presumption of Innocence (B2.1)
d. The Duty to Follow Instructions and the Presumption of Innocence (When Defendant Does Not Testify) (B2.2)
e. Definition of Reasonable Doubt (B3)
f. Consideration of Direct and Circumstantial Evidence: argument of Counsel; Comments by the Court (B4)
g. Credibility of Witnesses (B5)
h. Impeachment of Witnesses Because of Inconsistent Statements (Defendant with No Felony Conviction Testifies) (6.3)
i. Expert Witness (B7)
j. Note-taking (S5)
k. Introduction to Offense Instructions (B8)
l. Money Laundering (O74.6)

   m.  Aiding and Abetting; Agency (S7)
   n.  Knowingly; Willfully (B9.1A)
   o.  Caution: Punishment (B10.2)
   p.  Duty to Deliberate (B11)
   q.  Verdict (B12)

## II.  BUTLER PROPOSED JURY INSTRUCTIONS

Butler submits the following Proposed Jury Instructions that are being submitted to the

Court in WORD form concurrent with this pleading:

   a.  Wire Fraud
   b.  Forgery
   c.  Applicable Federal Contract Law
   d.  Modification of "Material Fact" definition in Wire Fraud Instruction
   e.  Good Faith Defense
   f.  Theory of Defense

Dated: January 9, 2026

<table>
<tr><td><b>GOLDBERGER WEISS, P.A.</b></td><td><b>BRUCE A. ZIMET, P.A.</b></td></tr>
<tr><td>1555 Palm Beach Lakes Boulevard</td><td>1555 Palm Beach Lakes Boulevard</td></tr>
<tr><td>Suite 1400</td><td>Suite 1400</td></tr>
<tr><td>West Palm Beach, Florida 33401</td><td>West Palm Beach, Florida 33401</td></tr>
<tr><td>Tel: (561) 659-8300</td><td>Tel: (561) 508-7741</td></tr>
<tr><td>Fax: (561) 284-8938</td><td>Fax: (954) 760-4421</td></tr>
<tr><td>Email: jason@goldbergerweiss.com</td><td>Email: baz@bruceazimetlaw.com</td></tr>
<tr><td></td><td></td></tr>
<tr><td>/s/JASON S. WEISS, ESQ.</td><td>/s/ BRUCE A. ZIMET, ESQ.</td></tr>
<tr><td>Florida Bar No. 0096040</td><td>Florida Bar No. 0225053</td></tr>
<tr><td>Attorney for the Defendant</td><td>Attorney for the Defendant</td></tr>
</table>

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on January 9, 2026, undersigned electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. Undersigned certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<table>
<tr>
<td>

**GOLDBERGER WEISS, P.A.**
1555 Palm Beach Lakes Boulevard
Suite 1400
West Palm Beach, Florida 33401
Tel: (561) 659-8300
Fax: (561) 284-8938
Email: jason@goldbergerweiss.com

</td>
<td>

**BRUCE A. ZIMET, P.A.**
1555 Palm Beach Lakes Boulevard
Suite 1400
West Palm Beach, Florida 33401
Tel: (561) 508-7741
Fax: (954) 760-4421
Email: baz@bruceazimetlaw.com

</td>
</tr>
<tr>
<td>

/s/JASON S. WEISS, ESQ.
Florida Bar No. 0096040
Attorney for the Defendant

</td>
<td>

/s/ BRUCE A. ZIMET, ESQ.
Florida Bar No. 0225053
Attorney for the Defendant

</td>
</tr>
</table>