UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80093-MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JASEN BUTLER

          **Defendant.**

_____/

## UNITED STATES' WITNESS LIST

The United States respectfully submits the following witness list for its case-in-chief. The United States reserves the right to call additional witnesses in rebuttal.

1. Commander Gregory Sceviour, US Navy
2. Chief Christopher Brown, US Coast Guard
3. Benjamin Shelton as custodian of records for KHI Inc.
4. Holly Owens
5. Alexander Brown as custodian of records of Integr8 Fuels
6. Jamaal Rose
7. Charles Greenberg
8. Richard Eten
9. Lisa Klitz
10. SA Jennifer Klein, DCIS
11. SA Jose Alvarez, CGIS

Date: January 11, 2026　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JASON A. REDING QUIÑONES
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　By:　　/s/ Elizabeth Young
　　　　　　　　　　　　　　　　　　ELIZABETH YOUNG
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Court ID No. A5501858
　　　　　　　　　　　　　　　　　　Elizabeth.Young@usdoj.gov
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　99 Northeast 4th Street
　　　　　　　　　　　　　　　　　　Miami, Florida 33132-2111
　　　　　　　　　　　　　　　　　　Tel: (786) 761-3153

　　　　　　　　　　　　　　　　　　ABIGAIL SLATER
　　　　　　　　　　　　　　　　　　ASSISTANT ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　ANTITRUST DIVISION

　　　　　　　　　　　　　　By:　　/s/ Jonathan Pomeranz
　　　　　　　　　　　　　　　　　　Jonathan Pomeranz
　　　　　　　　　　　　　　　　　　Ebonie Branch
　　　　　　　　　　　　　　　　　　Haley Pennington
　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　　　　　450 5th Street NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　S.D. Fla. Special Bar #A5503242
　　　　　　　　　　　　　　　　　　(202) 316-2179
　　　　　　　　　　　　　　　　　　jonathan.pomeranz@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 11, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

                                    /s/ Jonathan Pomeranz
                                    Jonathan Pomeranz
                                    Trial Attorney