UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80093-CR MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JASEN BUTLER

Defendant.
_____/

**DEFENDANT, JASEN BUTLER'S, WITNESS LIST**

Jasen Butler through undersigned counsel submits the following individuals whose names will be potentially mentioned during trial and/or might be witnesses in this case.

1. Francis Murphy – Defense Logistics Agency
2. Jamaal Rose – Defense Logistics Agency
3. Jasper Pili – Nakupuna Companies (formerly of Defense Logistics Agency)
4. Kyle Beckett – Military Sealift Command
5. LCDR Gregory Sceviour – United States Navy
6. Andrew Armacost – United States Navy
7. Agent Caleb King – United States Coast Guard Criminal Investigative Service
8. Daniel Winand – Legal Services Command
9. Special Agent Kyle Crowther – United States Naval Criminal Investigative Service
10. Patrick Paige – Computer Forensics, LLC
11. All witnesses listed in the Government's witness list.

Jasen Butler reserves the right to amend Jasen Butler's Witness List.

Dated: January 11, 2026

| | |
|---|---|
| **GOLDBERGER WEISS, P.A.** | **BRUCE A. ZIMET, P.A.** |
| 1555 Palm Beach Lakes Boulevard | 1555 Palm Beach Lakes Boulevard |
| Suite 1400 | Suite 1400 |
| West Palm Beach, Florida 33401 | West Palm Beach, Florida 33401 |
| Tel: (561) 659-8300 | Tel: (561) 508-7741 |
| Fax: (561) 284-8938 | Fax: (954) 760-4421 |
| Email: jason@goldbergerweiss.com | Email: BAZ@BruceAZimetLaw.com |
| /s/JASON S. WEISS, ESQ. | /s/ BRUCE A. ZIMET, ESQ. |
| Florida Bar No. 0096040 | Florida Bar No. 0225053 |
| Attorney for the Defendant | Attorney for the Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2026, undersigned electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. Undersigned certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| **GOLDBERGER WEISS, P.A.** | **BRUCE A. ZIMET, P.A.** |
| 1555 Palm Beach Lakes Boulevard | 1555 Palm Beach Lakes Boulevard |
| Suite 1400 | Suite 1400 |
| West Palm Beach, Florida 33401 | West Palm Beach, Florida 33401 |
| Tel: (561) 659-8300 | Tel: (561) 508-7741 |
| Fax: (561) 284-8938 | Fax: (954) 760-4421 |
| Email: jason@goldbergerweiss.com | Email: baz@bruceazimetlaw.com |
| | |
| /s/JASON S. WEISS, ESQ. | /s/ BRUCE A. ZIMET, ESQ. |
| Florida Bar No. 0096040 | Florida Bar No. 0225053 |
| Attorney for the Defendant | Attorney for the Defendant |