UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-80093-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff(s),

vs.

JASEN BUTLER,

      Defendant(s).

_____/

**QUESTION/NOTE FROM THE**
**JURY TO THE COURT**

We the jury, have decided to leave for the night. and return tomorrow morning at 9am.

PLEASE SIGN
PRINT: _____

DATE 1/14/26