UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-80093-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

JASEN BUTLER,

        Defendant(s).
_____/

### QUESTION/NOTE FROM THE JURY TO THE COURT

We are having an issue accessing the spreadsheets on the laptop.

PLEASE SIGN\
PRINT: _____

DATE: 1/15/26