UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-80093-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

JASEN BUTLER,

    Defendant(s).

_____/

**QUESTION/NOTE FROM THE
JURY TO THE COURT**

We need a clarification on charge 34, as it relates to interstate commerce. and the Florida house.

_____    1/15/26
PLEASE SIGN                  DATE
PRINT:

Please review the money laundering instruction on pages 11 and 12 of the instructions.

Don Middlebrooks