UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-80093-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

JASEN BUTLER,

    Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

Please clarify the section:

The term "monetary transaction" means the deposit, withdrawal, transfer, or exchange of funds or monetary instrument by, through, or to a financial institution in a way that affects interstate commerce

_____          1/15/26
PLEASE SIGN                       DATE
PRINT: \

The term monetary transaction includes "(A) a transaction which in any way or degree affects interstate or foreign commerce (i) involving the movement of funds by wire or other means or (ii) involving one or more monetary instruments, or (iii) involving the transfer of title to any real property, vehicle, vessel, or aircraft, or (B) a transaction involving the use of a financial institution which is engaged in, or the activities of which affect, interstate or foreign commerce in any way or degree."

Don Middlebrooks