UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-80093-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

JASEN BUTLER,

    Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

We have reached a verdict

_____     _11/15/26_
PLEASE SIGN                  DATE
PRINT: