UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80093-MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JASEN BUTLER

   Defendant.
_____/

## VERDICT FORM

We, the jury, unanimously find as follows as to the charges against Defendant Jasen Butler:

1. As to Count 1,

   _____       __X__
   NOT GUILTY         GUILTY

2. As to Count 2,

   _____       __X__
   NOT GUILTY         GUILTY

3. As to Count 3,

   _____       __X__
   NOT GUILTY         GUILTY

4. As to Count 4,

   _____       __X__
   NOT GUILTY         GUILTY

5. As to Count 5,

_____  _____X_____
NOT GUILTY                GUILTY

6. As to Count 6,

_____  _____X_____
NOT GUILTY                GUILTY

7. As to Count 7,

_____  _____X_____
NOT GUILTY                GUILTY

8. As to Count 8,

_____  _____X_____
NOT GUILTY                GUILTY

9. As to Count 9,

_____  _____X_____
NOT GUILTY                GUILTY

10. As to Count 10,

_____  _____X_____
NOT GUILTY                GUILTY

11. As to Count 11,

_____  _____X_____
NOT GUILTY                GUILTY

12. As to Count 12,

_____        __X_____
NOT GUILTY             GUILTY

13. As to Count 13,

_____        __X_____
NOT GUILTY             GUILTY

14. As to Count 14,

_____        __X_____
NOT GUILTY             GUILTY

15. As to Count 15,

_____        __X_____
NOT GUILTY             GUILTY

16. As to Count 16,

_____        __X_____
NOT GUILTY             GUILTY

17. As to Count 17,

_____        __X_____
NOT GUILTY             GUILTY

18. As to Count 18,

_____        __X_____
NOT GUILTY             GUILTY

**19.** As to Count 19,

_____   __X_____
NOT GUILTY   GUILTY

**20.** As to Count 20,

_____   __X_____
NOT GUILTY   GUILTY

**21.** As to Count 21,

_____   __X_____
NOT GUILTY   GUILTY

**22.** As to Count 22,

_____   __X_____
NOT GUILTY   GUILTY

**23.** As to Count 23,

_____   __X_____
NOT GUILTY   GUILTY

**24.** As to Count 24,

_____   __X_____
NOT GUILTY   GUILTY

**25.** As to Count 25,

_____   __X_____
NOT GUILTY        GUILTY

**26.** As to Count 26,

_____   __X_____
NOT GUILTY        GUILTY

**27.** As to Count 27,

_____   __X_____
NOT GUILTY        GUILTY

**28.** As to Count 28,

_____   __X_____
NOT GUILTY        GUILTY

**29.** As to Count 29,

_____   __X_____
NOT GUILTY        GUILTY

**30.** As to Count 30,

_____   __X_____
NOT GUILTY        GUILTY

**31.** As to Count 31,

_____   __X_____
NOT GUILTY        GUILTY

5

**32.** As to Count 32,

_____  
NOT GUILTY

_____X_____  
GUILTY

**33.** As to Count 33,

_____  
NOT GUILTY

_____X_____  
GUILTY

**34.** As to Count 34,

_____X_____  
NOT GUILTY

_____  
GUILTY

**35.** As to Count 35,

_____  
NOT GUILTY

_____X_____  
GUILTY

**SO SAY WE ALL**

Signed: ___[redacted]___  
**FOREPERSON OF THE JURY**

Printed Name: ___[redacted]___  
**FOREPERSON OF THE JURY**

Dated: __1/15/__, 2026