UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80093-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASEN BUTLER,

    Defendant.
_____/

## ORDER DENYING MOTION FOR POST VERDICT RELIEF

The Defendant moves for post judgment relief pursuant to Rule 29, Fed.R.Cr.P. and seeks a new trial pursuant to Rule 33, Fed.R.Cr.P. (DE 138). The Government responded (DE140) and the Defendant replied (DE 142).

Ample evidence supports the jury's verdict. The Defendant's objections to pre-trial and evidentiary rulings, and the jury instructions are without merit. Therefore, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Post Verdict Relief (**DE 138**) is hereby **DENIED.**

**DONE AND ORDERED** at West Palm Beach, Florida this 9th day of March 2026.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record