Attachment 1

Jupiter High School Yearbook Photos



PATRICK   H
KAYLA   J
ANGELA   M
JOHN   D
THOMAS   W
MEGAN   P A, 232
BRANDON   K
BRITTANY   M A, 232
VALERIE   J A, 232
TARYN   A A, 232
EMANUEL   E A,

ROBERT   M
SHELLEY   F
PATRICK   A A, 232
BRADLEY
GRAHAM   H A

JONATHAN   T
VICTOR   M A, 232
TATE   C A, 232
SEAN   J
KRISTEN   A
KRISTIN   E
CAROLINE   W
JEREMIAH
AMANDA   C A,

KIMBERLY   A
JARON   A
JEFFREY   D
JULIE   A, 232
KYLE
LOGAN   R A, 232
MICHELLE   L A, 232

BURGESS   BLAINE   A A, 232
BURGIEL   SAVANNAH   R A, 232
BURGY   DREW   G A, 232
BURKE   ERIC   J A, 232
BURLINGAME   TERESA   S A, 232
BURROWS   DARRAL   A A, 232
BURTOFT   BRIDGET   N A, 232
BURTON   ALLISON   L
BURTON   ZACHARY   M
BUSCH   BLAKE   C
BUSH   CHELSEA   L A, 233
BUSSE   CHRISTOPHER R
BUSSE   PAUL   M
BUTCHER-NARINE   PHELIM
BUTLER   CODY   A
BUTLER   JASEN   A
BUTTRICK   HANNAH   J A, 233
CABALLERO   CHRISTINA   J A, 233
CACCIAPUOTI   MICHAEL   J A, 233
CADAY   MONICA LOUISC
CADLE   MICHELLE   L
CAHUE   PEDRO
CAHUE   ROSA   A, 233
CAILLOUETTE   ERIN   M
CAIN   ROSEMARY   A A, 233
CALABRIA   AMY   M
CALCOTE   STEPHANIE   A A, 233
CALDERAIO   CHRISTINA   A
CALDERAIO   JOHN   A
   ZACHARY   A

CAROTHERS
CARPENTER   MICH
CARRENO   MAXI
CARRERE   DAVII
CARRILLO   KASEY
CARROLL   JOAQ
CARROLL   BREN
CARROLL   BRYA
CARROLL   THON
CARTER   ZACH
CARTER   JACQU
CARTER   JUSTIN
CARTIER   MATT
CARUOLO   DYLA
CASCHETTA   ZAC
CASEY   NIC
CASEY   DANIE
CASSULO   SCOTT
CASTRO   EMI
CATALDO   GEN
CATALDO   CAI
CATSMAN   NIC
CATULLO   ERI
CAVICCHI   AN
CEBALLOS   ME
CEBALLOS   EV
CELSO   JO
CELSO   JACC
CENTANNI   JESSI
CEPEDA   C
CHAGAS   MA
CHAGAS   FIL
CHAMBERS   FRA
CHAPMAN   L
CHAPMAN   A
CHASE   A
CHASTAIN   NICH
   CH
   ZA



David Yankwitt
Alex Yates
Kenneth Young
Matthew Zeis
Kasie Zink
Mark Zola

# Juniors Not Pictur

Max Cheromcka
Andrew Chezem
Andrew Chilson
Alexander Cirrincione
Shawna Clark
Douglas Coviello
Christena Daniels
David Denatale
Jiles Dheere
Miriam Dominquez
Michael Dunne
Seth Dwyer
Aphinie Estilien
Quintin Evans
Michael Falconer
Marc Falzon
Don Farina
Mark Farrar
Gennaro Floyd
Andrew Floyd
Dario Gaudino
Michael Gelinas
Kyle Gellis
Joseph George
Alejandra Giraldo
Paul Glickman

Solanly Gomez
Diana Gomez
Shawn Green
Matthew Griffin
Brian Hadad
Julie Hamilton
Chelsea Harrell
Jenna Harrison
Mary Hartman
Miles Heitzberg
Victor Herrera-Diaz
Carrie Hinkle
Christina Jeffrey
Christopher June
Brian Keith
Rhonda Kleyweght
Brian Kosack
Joshua Labadie
Alex Lainhart
Cory Leavy
Martin Levin
Vincent Lis
Nicole Liszi
Marco Longinos
Brandi Lottes
Krista Macgillivry

Michael Malcomson
Sean Mancuso
Jessica Maria
Meggie Martin
Vanessa Martinez
Douglas Mcbride
Charles Mcclelland
Kyle Mcgrath
Jeffrey Michaels
Mallory Modaffari
Joshua Morrison
Nathan Nowicki
Adam Ogden
Terene Oliver
David Oppenheim
Emilio Pages
Novina Palumbo
Walter Peregory
Scarlett Perez
James Presley
Michael Radel
Mathew Ragsdale
Jeremy Raub
Jose Reyes
Renae Reymann
David Ring

Nicole Rivera
Robert Rivera
Alexandra Ross
Sarah Russo
Austin Scafidi
Jeffrey Scheinder
Jay Scott
David Shamblin
Ashley Singer
John Skomra
Jordan Smith
David Smith
Alexandria Stack
Adam Stalker
Arthur Stanley
Edward Stepanek
Brittany Symonette
Raegan Test
Thomas Taylor
Courtney Thornburg
Kayla Tripp
Spencer Vanetveldt
Niccolo Ventresca
Daniel Vernoff
Ashley Viner
Fred Virostko

Sarah
Madis
Ryan
Arthu
Elizab
Spenc
Juan
Alexa