UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-80093-CR MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JASEN BUTLER

     Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that JASEN BUTLER, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment of Conviction and Sentence [D.E. 158] entered in this action on the 8th day of April, 2026.

Respectfully submitted,

**MARCUS RASHBAUM PINEIRO
& MEYERS LLP**

2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
Telephone: (305) 400-4260

By:   */s/ Daniel Rashbaum*
     Daniel Rashbaum
     Fla Bar No. 75084
     drashbaum@mrpfirm.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2026, undersigned electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. Undersigned certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Daniel Rashbaum*
Daniel Rashbaum