Case 9:25-cr-80093-DMM   Document 164   Entered on FLSD Docket 04/28/2026   Page 2 of 2

**Financial Arrangements:**

☑ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☐ Criminal Justice Act: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court].

Ordering Counsel/Party: Kathryn Meyers, Esq. of Marcus Rashbaum Pineiro & Meyers LLP

Address: 2 S. Biscayne Blvd. Suite 2530 Miami FL 33131

E-mail: kmeyers@mrpfirm.com          Phone No.: 305-400-4266

☑ **I certify that I have completed and filed Part I with the District Court, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript.** *See* **FRAP 10(b)(1).**

Date: 4/29/2026          Signature: *Kathryn Meyers*

Attorney for: Jasen Butler

## PART II.                    Court Reporter Acknowledgment

*Within 14 days of receipt, the Court Reporter **must** complete this section, file this form with the District Court, **AND send a copy of this form to the Court of Appeals** and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received: 4/16/2026

☒ Satisfactory arrangements for paying the cost of the transcript were made on: 4/18/2026

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: 5

Estimated no. of transcript pages: 500

Estimated filing date: 5/18/ 2026

☒ **I certify that I have completed and filed Part II with the District Court AND sent a copy of this form to the Court of Appeals and all parties.**

Date: 5/4/2026  Signature: _____  Phone No.: 561-346-5971

## PART III.              Notification That Transcript Has Been Filed In District Court

*On the date the transcript is filed in the district court, the Court Reporter **must** complete this section, file this form with the District Court, **AND send a copy of this form to the Court of Appeals.***

☒ **I certify that the transcript has been completed and filed with the district court on (date):** 5/12/2026 **AND that I have sent a copy of this form to the Court of Appeals.**

Date: 5/12/2026 Signature: _____

Rev. 12/24