**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 9:25-cr-80093-DMM

USA

Plaintiff(s),

vs.

Jasen Butler

Defendant(s).

______________________________/

FILED BY [signature] D.C.
AUG 14 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives

Item Nos. ______________________________

☐ Oversize records (larger than 10" x 12" x 15")

Item Nos. ______________________________

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB ☐

☑ Other (Explain): Plaintiff's Exhibits 1, 5, 8-10, 17, 21-22, 24-26, 100-101, 1022-201,205, 300-301, 400, 500-501, 504-505, 600-601, 700-701, 800, 900, 1000, 1100-1101, 1200-1201, 1300, 1302-1309,1312-1314, 1317, 1319, 1400-1401, 1500,1501, 1600-1601, 1700-1701, 1703, 1800-1801, 1900-1901, 2000-2001, 2100-2104, 2108-2109, 2200-2201, 2300-2301, 2400-2401, 2500-2501, 2600-2601, 2605, 2607, -2608, 2611-2614, 2616-2620, 2701, 2704-2705, 2707, 3203-3204, 3210, 3400, 3403, 3500-3505, 3520, 3600, 3604, 3611, 3615, 3617, 3619, 3701C, 3702, 3709-3710, 3810, 3820-3821, 3830, 3840, 3841-3843, 3900-3901, 3908-3909, 4000-4004, 4007-4012

____ Attachments
(Exhibit list, Order of Court)

Signature: [signature]

Print Name: Tom Wepmenziv

Agency or Firm: U.S. ATTORNEY'S OFFICE

Address 500 Australian Ave., Suite 400
West Palm Beach, FL 33401

Exhibits Released by: Kati Rivers

(Deputy Clerk)

Telephone: 561 720 8711

Date: 08-14-26

ORIGINAL – Court File
cc: Records Section

Courtroom Deputy
Counsel of Record