UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80093-CR MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JASEN BUTLER

Defendant.
_______________________________/

**AMENDED**
**ORDER GRANTING UNOPPOSED MOTION TO DISCHARGE BOND**

**THIS CAUSE** comes before the Court pursuant to Defendant Butler's Unopposed Motion to Discharge Bond (**DE 209**). Due to the representation of counsel that the Government does not oppose this Motion, the Unopposed Motion to Discharge Bond is **GRANTED**.

**ORDERED AND ADJUDGED** that the Defendant's bond, posted by Jason S. Weiss, Esq. of Goldberger Weiss, P.A., in the amount of $25,000.00 plus any accrued interest be refunded in a manner made payable to Goldberger Weiss, P.A.

**DONE AND ORDERED** at West Palm Beach, Florida, this 24 day of September, 2026;

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record
Financial Deputy Clerk